AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Marisol Ordonez Vargas ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-00064 |
| Orange County et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                               .

Date:   1/8/2025

/s/ Elena Cohen
*Attorney's signature*

Elena L. Cohen (4974796)
*Printed name and bar number*
Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385

*Address*

elena@femmelaw.com
*E-mail address*

(929) 888-9650
*Telephone number*

(929) 888-9457
*FAX number*

[Print]   [Save As...]                                                                   [Reset]