# COHEN & GREEN P.L.L.C.

> Application granted. All deadlines in this matter are temporarily stayed until April 30, 2025. Plaintiff's time to serve Defendant is extended to May 30, 2025.
>
> By May 9, 2025, Plaintiff shall file a letter via ECF not to exceed five pages advising the Court of the status of the stay in the bankruptcy proceeding.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February, 26, 2025

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern [District of New York]
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

       Re:    Ordonez-Var[gas v. ...]

Dear Judge Halpern:

       My firm, with co-counsel, represents Plaintiff in the case above. As the Court asked in ECF No. 6, I write to provide an updated on the status of the stay in *In re: Wellpath Holdings, Inc., et al.*, 24-90533 (Bankr. S.D. Tex.) ("*In re Wellpath*").

       About a week ago, on February 19, Judge Pérez entered a new Order in *In re Wellpath*, addressing the stay and path forward. A copy of that Order is attached to this letter. With possible earlier dissolution, if *In re Wellpath* is dismissed or a Chapter 11 plan becomes effective, the *In re Wellpath* stay is now set to expire on April 30, 2025. Order ¶ 1. Nothing in that order prejudges another motion for an extension, or prohibits creditors from opposing another extension. *Id.*

       Given the continuing stay, Plaintiff here believes it is best to continue the matching stay until April 30, 2025, with another status letter due in early May to confirm whether the stay has in fact dissolved. Likewise, Plaintiff would ask that the Court extend the time to serve Defendants until 30 days after the stay expires, so Plaintiff neither violates the stay nor lets the time to serve expire.

       As always, I thank the Court for its continued time and attention.

Respectfully submitted,

/s/
_____
J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.