AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Marisol Ordonez Vargas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   7:25-cv-00064 (PMH) |
| Orange County, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Orange County

Date:     06/02/2025

*[signature]*
*Attorney's signature*

Lisa M. Morgillo
*Printed name and bar number*

Office of the Orange County Attorney
255-275 Main Street
Goshen, New York 10924

*Address*

LMMorgillo@orangecountygov.com
*E-mail address*

(845) 291-3150
*Telephone number*

(845) 378-2374
*FAX number*