

# ORANGE COUNTY DEPARTMENT OF LAW

**RICHARD B. GOLDEN**
COUNTY ATTORNEY

Steven M. Neuhaus
County Executive

Carol C. Pierce
*Deputy County Attorney*

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Joseph F. Mahoney    Holly L. Reinhardt
Marina V. O'Neill    Donna M. Badura
Lisa M. James        Stephanie T. Midler
Lia E. Fierro        Lisa M. Morgillo
Cedric A. Cooper     William S. Badura
Dante D. De Leo

**Family Law Division**

TEL: 845-291-2650
FAX: 845-360-9161*

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
Peter R. Schwarz        David S. Meffert
Linda P. DaSilva        Stephanie Bazile
Ferol L. Reed-McDermott Michael Rabiet
Karen A. Amundson       Tammy A. Delile
Eve I. Lincoln          Rebecca McGee
Stephen Toole

June 2, 2025

*Via ECF Only*
Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re:    Request for time to file Amended Complaint and Respond
           Vargas (v) Orange County et al.
           Case No.: 7:25-cv-00064 (PMH)

Dear Judge Halpern:

This office represents Defendant Orange County. On May 15, 2025, my office received Plaintiff's Complaint. Pursuant to the Court's Individual Rules of Practice, on May 23, 2025, we sent a letter to Plaintiff's counsel setting forth what we believed to be specific pleading deficiencies in the Complaint that would warrant dismissal. On June 2, 2025, we received a response from Plaintiff's Counsel seeking sixty days to file an Amended Complaint.

Therefore, subject to the Court's approval we collectively and respectively request the following extensions: Plaintiff to file an Amended Complaint by August 1, 2025 and Defendant Orange County to Answer or file a pre-motion letter seeking leave to file a motion to dismiss by August 29, 2025.

Respectfully submitted,

LISA M. MORGILLO
Assistant County Attorney

cc: Elena Louisa Cohen, esq.
via ECF

Gideon Orion Oliver, esq.
via ECF

Remy Green, esq.
via ECF