

**Steven M. Neuhaus**
County Executive

# ORANGE COUNTY DEPARTMENT OF LAW

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Joseph F. Mahoney       Holly L. Reinhardt
Marina V. O'Neill          Donna M. Badura
Lisa M. James              Stephanie T. Midler
Lia E. Fierro                 Lisa M. Morgillo
Cedric A. Cooper         William S. Badura
Dante D. De Leo

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
Peter R. Schwarz          David S. Meffert
Linda P. DaSilva           Stephanie Bazile
Ferol L. Reed-McDermott   Michael Rabiet
Karen A. Amundson       Tammy A. Delile
Eve I. Lincoln              Rebecca McGee
Stephen Toole

---

> Application denied.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 3, 2025

June 2, 2025

*Via ECF Only*
Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re:    Request for time to file Amended Complaint and Respond
           Vargas (v) Orange County et al.
           Case No.: 7:25-cv-00064 (PMH)

Dear Judge Halpern:

This office represents Defendant Orange County. On May 15, 2025, my office received Plaintiff's Complaint. Pursuant to the Court's Individual Rules of Practice, on May 23, 2025, we sent a letter to Plaintiff's counsel setting forth what we believed to be specific pleading deficiencies in the Complaint that would warrant dismissal. On June 2, 2025, we received a response from Plaintiff's Counsel seeking sixty days to file an Amended Complaint.

Therefore, subject to the Court's approval we collectively and respectively request the following extensions: Plaintiff to file an Amended Complaint by August 1, 2025 and Defendant Orange County to Answer or file a pre-motion letter seeking leave to file a motion to dismiss by August 29, 2025.

Respectfully submitted,

*Lisa M. Morgillo*

LISA M. MORGILLO
Assistant County Attorney

cc:   Elena Louisa Cohen, esq.
      via ECF

      Gideon Orion Oliver, esq.
      via ECF

      Remy Green, esq.
      via ECF