**AFFIDAVIT OF SERVICE**

INDEX #: 7:25-CV-00064-PMH
DATE FILED: 5/13/2025
ATTORNEY: COHEN & GREEN P.L.L.C.
1639 CENTRE STREET SUITE 216 RIDGEWOOD NY 11385 (929)888-9480

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

MARISOL ORDONEZ VARGAS,
Plaintiff(s)
- against -
ORANGE COUNTY, ET AL
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY:   ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **06/02/2025, 03:31PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon **NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, P.C.**, a defendant in the above captioned matter.

Deponent served **NANCY EARLEY**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **306B** of the **NY BUSINESS CORPORATION LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender **F**   Approximate age **53**   Approximate height **5'06"**   Approximate weight **145**   Perceived Race **WHITE**
Color of hair **BROWN**

Sworn to before me on 06/03/2025
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

X S. Marie
STEF MARIE

COMPLIANT PROCESS SERVICE INC
2648 MONTAUK AVENUE  MERRICK, NY 11566 (516)967-5246

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**MARISOL ORDONEZ VARGAS,**

                          Plaintiff(s),                          Case No.: 7:25-cv-00064

   -against-

**ORANGE COUNTY, ET AL.,**

                                                 **AFFIDAVIT OF SERVICE**

                          Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

     Najir Williams, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **May 15, 2025** at **12:43 pm** at **255 Main Street, Goshen, NY 10924** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X COMPLAINT | ☐ | ☐ |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

on **ORANGE COUNTY, defendant.**

☐ **Individual**: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

☐ **Suitable Age Person**: By delivering at the above address a true copy of the same to _____, a person who is of suitable age and discretion. Said premises is: ☐ the actual place of business abode or ☐ dwelling house or usual place of abode, within this state, and by

X **Corporation**: A domestic/municipal corporation by delivering thereat a true copy of same to Virginia Esposito personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be Confidential Sercretary thereof.

☐ **Mailing**: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked personal and confidential properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | X White Skin | ☐ Black Hair | ☐ 14-20 Yrs | ☐ Under 5'3" | ☐ Under 100 Lbs. |
| X Female | ☐ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs | X 5'4"-5'8" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | X Blonde Hair | ☐ 36-50 Yrs. | ☐ 5'9"-6' | X 131-160 Lbs. |
| | ☐ Yellow Skin | X Gray Hair | X 51-65 Yrs. | ☐ Over 6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | | ☐ Over 200 Lbs. |
| | ☐ Tan Skin | ☐ White Hair | | | |
| | | ☐ Bald | | | X Glasses |

X Other Identifying Features: Person served verbally confirmed she was authorized to accept on the County's behalf.
X Index Number/Date of Filing Endorsement _____
☐ Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

     I affirm this 20th day of May, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                                 Najir Williams - Process Server
                                                                 **Compliant Process Service**
                                                                 **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
**MARISOL ORDONEZ VARGAS,**

                                Plaintiff(s),                          Case No.: 7:25-cv-00064

    -against-

**ORANGE COUNTY, ET AL.,**
                                                                        **AFFIDAVIT OF SERVICE**
                                Defendant(s).
-----------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Najir Williams, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **May 15, 2025** at **12:20 pm** at **110 Wells Farm Road, Goshen, NY 10924** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X COMPLAINT | ☐ | ☐ |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

on **TENESHIA WASHINGTON, RN % ORANGE COUNTY CORRECTIONAL FACILITY, defendant.**

☐ Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

X Suitable Age Person: By delivering at the above address a true copy of the same to Melissa Lukes, Health Services Administrator, a person who is of suitable age and discretion. Said premises is: ☐ the actual place of business abode or dwelling house or usual place of abode, within this state, and by

X Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked personal and confidential properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ 14-20 Yrs | ☐ Under 5'3" | ☐ Under 100 Lbs. |
| X Female | ☐ Black Skin | X Brown Hair | ☐ 21-35 Yrs | X 5'4"-5'8" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blonde Hair | X 36-50 Yrs. | ☐ 5'9"-6' | X 131-160 Lbs. |
| | ☐ Yellow Skin | ☐ Gray Hair | ☐ 51-65 Yrs. | ☐ Over 6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | | ☐ Over 200 Lbs. |
| | X Tan Skin | ☐ White Hair | | | |
| | | ☐ Bald | | | ☐ Glasses |

X Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
X Index Number/Date of Filing Endorsement _____
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

      I affirm this 20th day of May, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                                           _/s/ Najir Williams_
                                                                        Najir Williams - Process Server
                                                                        **Compliant Process Service**
                                                                        **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MARISOL ORDONEZ VARGAS,

                              Plaintiff(s),

   -against-

ORANGE COUNTY, ET AL.,

                              Defendant(s).
-----------------------------------------------------------------------X

Case No.: 7:25-cv-00064

AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

       Najir Williams, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **May 15, 2025** at **12:20 pm** at **110 Wells Farm Road, Goshen, NY 10924** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X COMPLAINT | ☐ | ☐ |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

on **JILLIAN BARONE, RN % ORANGE COUNTY CORRECTIONAL FACILITY**, defendant.

☐ Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

X Suitable Age Person: By delivering at the above address a true copy of the same to **Melissa Lukes, Health Services Administrator**, a person who is of suitable age and discretion. Said premises is: ☐ the actual place of business abode or dwelling house or usual place of abode, within this state, and by

X Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked personal and confidential properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ 14-20 Yrs | ☐ Under 5'3" | ☐ Under 100 Lbs. |
| X Female | ☐ Black Skin | X Brown Hair | ☐ 21-35 Yrs | X 5'4"-5'8" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blonde Hair | X 36-50 Yrs. | ☐ 5'9"-6' | X 131-160 Lbs. |
| | ☐ Yellow Skin | ☐ Gray Hair | ☐ 51-65 Yrs. | ☐ Over 6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | | ☐ Over 200 Lbs. |
| | X Tan Skin | ☐ White Hair | | | |
| | | ☐ Bald | | | ☐ Glasses |

X Other Identifying Features: **Person served verbally confirmed she was authorized to accept on the Defendant's behalf.**
X Index Number/Date of Filing Endorsement _____
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

      I affirm this 20th day of May, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                     _____
                                                     Najir Williams - Process Server
                                                     **Compliant Process Service**
                                                     **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**MARISOL ORDONEZ VARGAS,**

                         Plaintiff(s),

   -against-

**ORANGE COUNTY, ET AL.,**

                         Defendant(s).
----------------------------------------------------------------X

Case No.: 7:25-cv-00064

**AFFIDAVIT OF ATTEMPTED SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Najir Williams, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **May 15, 2025** at **12:20 pm** at **110 Wells Farm Road, Goshen, NY 10924** deponent attempted to serve the within:

| X SUMMONS IN A CIVIL ACTION | X COMPLAINT | ☐ | ☐ |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

on **JOSEPH PATRICK HARKINS % ORANGE COUNTY CORRECTIONAL FACILITY**, defendant.

☐ **Individual**: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

☐ **Suitable Age Person**: By delivering at the above address a true copy of the same to Melissa Lukes, Health Services Administrator, a person who is of suitable age and discretion. Said premises is: ☐ the actual place of business abode or dwelling house or usual place of abode, within this state, and by

X **Mailing**: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked personal and confidential properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Attempted Service: Refused stating "that person does not work here""I don't know them".

Description: The person referred to is described as follows:

| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ 14-20 Yrs | ☐ Under 5'3" | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs | ☐ 5'4"-5'8" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blonde Hair | ☐ 36-50 Yrs. | ☐ 5'9"-6' | ☐ 131-160 Lbs. |
| | ☐ Yellow Skin | ☐ Gray Hair | ☐ 51-65 Yrs. | ☐ Over 6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | | ☐ Over 200 Lbs. |
| | ☐ Tan Skin | ☐ White Hair | | | |
| | | ☐ Bald | | | ☐ Glasses |

☐ Other Identifying Features: _____
X Index Number/Date of Filing Endorsement _____
☐ Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 20th day of May, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                     _____
                                                     Najir Williams - Process Server
                                                     **Compliant Process Service**
                                                     **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**MARISOL ORDONEZ VARGAS,**

                      Plaintiff(s),                      Case No.: 7:25-cv-00064

    -against-

**ORANGE COUNTY, ET AL.,**
                                                  **AFFIDAVIT OF ATTEMPTED SERVICE**
                      Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

        Najir Williams, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **May 15, 2025** at **12:20 pm** at **110 Wells Farm Road, Goshen, NY 10924** deponent attempted to serve the within:

| X SUMMONS IN A CIVIL ACTION | X COMPLAINT | ☐ | ☐ |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

on **MANDI LEE ZACCAGNINO, NP % ORANGE COUNTY CORRECTIONAL FACILITY,** defendant.

☐ Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

☐ Suitable Age Person: By delivering at the above address a true copy of the same to Melissa Lukes, Health Services Administrator, a person who is of suitable age and discretion. Said premises is: ☐ the actual place of business abode or dwelling house or usual place of abode, within this state, and by

X Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked personal and confidential properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Attempted Service: Refused stating "that person does not work here""I don't know them".

Description: The person referred to is described as follows:

| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ 14-20 Yrs | ☐ Under 5'3" | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs | ☐ 5'4"-5'8" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blonde Hair | ☐ 36-50 Yrs. | ☐ 5'9"-6' | ☐ 131-160 Lbs. |
| | ☐ Yellow Skin | ☐ Gray Hair | ☐ 51-65 Yrs. | ☐ Over 6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | | ☐ Over 200 Lbs. |
| | ☐ Tan Skin | ☐ White Hair | | | |
| | | ☐ Bald | | | ☐ Glasses |

☐ Other Identifying Features: _____
X Index Number/Date of Filing Endorsement _____
☐ Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

        I affirm this 20th day of May, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                              _____
                                                              Najir Williams - Process Server
                                                              **Compliant Process Service**
                                                              **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**MARISOL ORDONEZ VARGAS,**

                        Plaintiff(s),

   -against-

**ORANGE COUNTY, ET AL.,**

                        Defendant(s).
-----------------------------------------------------------------X

Case No.: 7:25-cv-00064

**AFFIDAVIT OF ATTEMPTED SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

<u>Najir Williams</u>, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **May 15, 2025** at **12:20 pm** at <u>110 Wells Farm Road, Goshen, NY 10924</u> deponent attempted to serve the within:

| X SUMMONS IN A CIVIL ACTION | X COMPLAINT | ☐ | ☐ |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

on **DOMINICK PIACENTE ℅ ORANGE COUNTY CORRECTIONAL FACILITY, defendant.**

☐ **Individual:** By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

☐ **Suitable Age Person:** By delivering at the above address a true copy of the same to Melissa Lukes, Health Services Administrator, a person who is of suitable age and discretion. Said premises is: ☐ the actual place of business abode or dwelling house or usual place of abode, within this state, and by

X **Mailing:** Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked personal and confidential properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Attempted Service: <u>Refused stating "that person does not work here""I don't know them".</u>

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ 14-20 Yrs | ☐ Under 5'3" | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs | ☐ 5'4"-5'8" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blonde Hair | ☐ 36-50 Yrs. | ☐ 5'9"-6' | ☐ 131-160 Lbs. |
| | ☐ Yellow Skin | ☐ Gray Hair | ☐ 51-65 Yrs. | ☐ Over 6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | | ☐ Over 200 Lbs. |
| | ☐ Tan Skin | ☐ White Hair | | | |
| | | ☐ Bald | | | ☐ Glasses |

☐ Other Identifying Features: _____
X Index Number/Date of Filing Endorsement _____
☐ Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 20th day of May, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                  _____
                                                  Najir Williams - Process Server
                                                  **Compliant Process Service**
                                                  **COHEN & GREEN P.L.L.C.**