UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MARISOL ORDONEZ VARGAS,**

　　　　　　　*Plaintiff,*

　　　　*v.*

**ORANGE COUNTY; NEW YORK CORRECT
CARE SOLUTIONS MEDICAL SERVICES, P.C.;
JOSEPH PATRICK HARKINS; TENESHIA
WASHINGTON, RN; JILLIAN M BARONE, RN;
MANDI LEE ZACCAGNINO, NP; DOMINICK
PIACENTE; AND DOE DEFENDANTS 1-4,**

　　　　　　　*Defendants.*

**NOTICE OF APPEARANCE**

Civil No.:
7:25-cv-00064-PMH

**PLEASE TAKE NOTICE,** that Barclay Damon, LLP, has been retained by and appears for defendant New York Correct Care Solutions Medical Services, P.C. ("Defendant"), in this action and that all notices and other papers therein be served on Paul A. Sanders, Esq., at Barclay Damon LLP, located at 100 Chestnut Street, Suite 2000, Rochester, New York 14604.

**PLEASE TAKE FURTHER NOTICE** that the Defendant does not waive any jurisdictional defenses.

**DATED:**　　　June 24, 2025

**BARCLAY DAMON LLP**

By:　　*s/ Paul A. Sanders*
　　　　Paul A. Sanders

*Attorneys for Defendant*
*New York Correct Care Solutions Medical*
*Services, P.C.*
Office and Post Office Address
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Tel: (585) 295-4426
Email: psanders@barclaydamon.com

31582837.1