UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MARISOL ORDONEZ VARGAS,**

                *Plaintiff,*

          *v.*

**ORANGE COUNTY; NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, P.C.; JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,**

                *Defendants.*

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Civil No.:
7:25-cv-00064-PMH

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the defendant, New York Correct Care Solutions Medical Services, P.C., have an extension of time to answer, move or otherwise act in connection with the Plaintiff's Complaint, dated January 3, 2024 and filed on January 3, 2025, in the above-captioned action, to August 18, 2025.

**DATED:**     June 24, 2025

**COHEN & GREEN P.L.L.C.**

By:   *s/ J. Remy Green*
       J. Remy Green, Esq.

*Attorneys for Plaintiff*
1639 Centre Street, Suite 216
Ridgewood (Queens), New York 11385
Tel: (929) 888-9480
Email: remy@femmelaw.com

**BARCLAY DAMON LLP**

By:   *s/ Paul A. Sanders*
       Paul A. Sanders, Esq.

*Attorneys for Defendant*
*New York Correct Care Solutions Medical Services, P.C.*
100 Chestnut Street, Suite 2000
Rochester, New York 14604
Tel: (585) 295-4426
Email: psanders@barclaydamon.com

31581701.1