UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MARISOL ORDONEZ VARGAS,**

                Plaintiff,

            *v.*

**ORANGE COUNTY; NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, P.C.; JOSEPH PATRICK HARKINS, MD; LUANN WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,**

                Defendants.

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

7:25-cv-00064-PMH

---

> Application denied as moot in light of the Court's June 12, 2025 Order (Doc. 18). The Court, in that Order, granted Plaintiff leave to file an amended complaint by July 28, 2025, and extended all Defendants' time to answer or move to dismiss to 21-days after Plaintiff files her amended complaint.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          June 25, 2025

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the defendant, New York Correct Care Solutions Medical Services, P.C., have an extension of time to answer, move or otherwise act in connection with the Plaintiff's Complaint, dated January 3, 2024 and filed on January 3, 2025, in the above-captioned action, to August 18, 2025.

**DATED:** June 24, 2025

| | |
|---|---|
| **COHEN & GREEN P.L.L.C.** | **BARCLAY DAMON LLP** |
| By: *s/ J. Remy Green* | By: *s/ Paul A. Sanders* |
|     J. Remy Green, Esq. |     Paul A. Sanders, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 1639 Centre Street, Suite 216 | *New York Correct Care Solutions Medical Services, P.C.* |
| Ridgewood (Queens), New York 11385 | 100 Chestnut Street, Suite 2000 |
| Tel: (929) 888-9480 | Rochester, New York 14604 |
| Email: remy@femmelaw.com | Tel: (585) 295-4426 |
| | Email: psanders@barclaydamon.com |

31581701.1