

July 11, 2025

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing

    Re:    <u>Ordonez-Vargas v. Orange County et al.</u>, 25-cv-0064

Your Honor:

My firm, with co-counsel, represents Plaintiff in the case above.

I write to request a one-month extension of time within which to complete service of the initiating papers in this matter on three of the individual defendants: Dominick Piacente, Mandi Zaccagnino, and Joseph Patrick Harkins. All three defendants were employees of Wellpath at the time of this incident. When we attempted service, we learned that they are no longer employed by Wellpath. Counsel for Wellpath provided us with last known addresses yesterday. Defendants do not have a position on this request.

No previous request for such an extension has been requested.

Therefore, Plaintiff requests a one-month extension of time within which to complete service on defendants Piacente, Zaccagnino, and Harkins, from July 14, 20205 to August 13, 2025.

Thank you for your attention to this matter.

    Respectfully submitted,

    /s/
    _____

    Elena L. Cohen
    Cohen&Green P.L.L.C.
    *Attorneys for Plaintiff*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385