AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MARISOL ORDONEZ VARGAS ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  25-cv-00064 (PMH) |
| ORANGE COUNTY, ET AL ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ORANGE COUNTY

Date:     07/21/2025

*Attorney's signature*

Dante De Leo
*Printed name and bar number*

Office of the Orange County Attorney
RICHARD B. GOLDEN
255-275 Main Street
Goshen, New York 10924
*Address*

ddeleo@orangecountygov.com
*E-mail address*

(845) 291-3150
*Telephone number*

(845) 378-2374
*FAX number*