AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Ordonez Vargas et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-00064 |
| Orange County et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 08/05/2025

/s/ Regina Yu
*Attorney's signature*

Regina Yu, 6078000
*Printed name and bar number*

Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385
*Address*

regina@femmelaw.com
*E-mail address*

(929) 396-7073
*Telephone number*

(929) 888-9457
*FAX number*