AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| STEFANY CRUZ AND MARISOL ORDONEZ VARGAS, <br><br> *Plaintiff(s)* <br><br> v. <br><br> ORANGE COUNTY (New York); WELLPATH, LLC (formerly known as CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M. BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4 <br><br> *Defendant(s)* | Civil Action No. 25-cv-00064 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Summons Rider for First Amended Complaint**
Case No. 25-cv-00064 (PMH)

**ORANGE COUNTY (NEW YORK)**
225 Main Street
Goshen, NY 10924

**WELLPATH, LLC (formerly known as CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, P.C.)**
c/o New York Secretary of State as Authorized Agent
122 E. 42nd St., 18th floor
New York, NY 10168

**MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust**
10 Bank Street, Suite 1100
White Plains, NY, 10606

**WELLPATH NY LLC**
c/o New York Secretary of State as Authorized Agent
122 E. 42nd St., 18th floor
New York, NY 10168

**JOSEPH PATRICK HARKINS**
17 Fleetwood Drive
Goshen, NY 10924

**TENESHIA WASHINGTON, RN**
**Orange County Correctional Facility**
110 Wells Farm Rd
Goshen, NY 10924

**JILLIAN M BARONE, RN**
**Orange County Correctional Facility**
110 Wells Farm Rd
Goshen, NY 10924

**MANDI LEE ZACCAGNINO, NP**
163 Drexel Dr.
Pine Bush, NY 12566

**DOMINICK PIACENTE**
26 Alto Avenue
Port Chester, NY 10573