AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| STEFANY CRUZ AND MARISOL ORDONEZ VARGAS,<br><br>*Plaintiff(s)*<br><br>v.<br><br>ORANGE COUNTY (New York); WELLPATH, LLC (formerly known as CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M. BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4<br><br>*Defendant(s)* | Civil Action No. 25-cv-00064 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Regina Yu
COHEN & GREEN P.L.L.C.
1639 Centre St. Suite 216
Ridgewood, NY 11385
regina@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/11/2025

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Summons Rider for First Amended Complaint
Case No. 25-cv-00064 (PMH)

**MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust**
10 Bank Street, Suite 1100
White Plains, NY, 10606

**WELLPATH NY LLC**
c/o New York Secretary of State as Authorized Agent
122 E. 42nd St., 18th floor