# ORANGE COUNTY DEPARTMENT OF LAW

**RICHARD B. GOLDEN**
COUNTY ATTORNEY



Carol C. Pierce
*Deputy County Attorney*

**Steven M. Neuhaus**
County Executive

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Joseph F. Mahoney      Donna M. Badura
William S. Badura      Lia E. Fierro
Marina V. O'Neill      Lisa M. James
Stephanie T. Midler    Lisa M. Morgillo
Cedric A. Cooper       Dante D. De Leo

**Family Law Division**

TEL: 845-291-2650
FAX: 845-360-9161*

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
Peter R. Schwarz           David S. Meffert
Linda P. DaSilva           Stephanie Bazile
Ferol L. Reed-McDermott    Michael Rabiet
Karen A. Amundson          Tammy A. Delile
Eve I. Lincoln             Rebecca McGee
Stephen Toole

August 12, 2025

**VIA ELECTRONIC FILING**

Hon. Philip M. Halpern, U.S.D.J.
Southern District of New York
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:   ***Ordenez-Vargas v. Orange County et al.*, Case No. 25-cv-00064 (PMH)**

Dear Judge Halpern:

    I represent Defendant Orange County (the "County") in the above-referenced matter. Plaintiff amended the complaint in response to deficiencies raised in the County's pre-motion conference letter (Doc. No. 16). By letter dated February 25, 2025, Plaintiff sought an extension of time to amend the complaint and set forth the specific reasons for such amendment, which did not include adding a new plaintiff (*see* Doc. No. 17). However, the First Amended Complaint (Doc. No. 28) (the "FAC") did add a new plaintiff. Such addition was done without leave of the Court. *See* Fed. R. Civ. P. 21. I defer to the Court as to whether that was proper.

    Based on representations from Plaintiff's counsel, Plaintiff has requested the issuance of an amended summons, as the new plaintiff must serve the County.[1] As such, to the extent the addition of the new plaintiff is permitted by this Court, the County respectfully requests that its time to answer or move to dismiss the FAC be extended until such time as all proper parties have been served, so as not to duplicate answers or motions, or to such other time as this Court deems proper.

---

[1] To date, it does not appear as if an amended summons has been issued with respect to the County.

  The County's current deadline is August 20, 2025.[2]  Plaintiff's counsel has consented to an extension of the County's deadline to respond to the FAC. The County previously joined in an extension request made by Defendant New York Correct Care Solutions Medical Services, P.C. (Doc. No. 27), which was denied (Doc. No. 28).

  Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

Dante D. De Leo

CC: All Counsel of Record (via ECF)

---

[2] Defendants were given 21 days from the filing of the FAC to answer or move to dismiss (see Doc. No. 18). The FAC was not accepted for filing until July 30, 2025 (Doc. No. 28).