# ORANGE COUNTY DEPARTMENT OF LAW



**Steven M. Neuhaus**
**County Executive**

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Joseph F. Mahoney     Donna M. Badura
William S. Badura     Lia E. Fierro
Marina V. O'Neill     Lisa M. James
Stephanie T. Midler   Lisa M. Morgillo
Cedric A. Cooper      Dante D. De Leo

**RICHARD B. GOLDEN**

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
Peter R. Schwarz         David S. Meffert
Linda P. DaSilva         Stephanie Bazile
Ferol L. Reed-McDermott  Michael Rabiet
Karen A. Amundson        Tammy A. Delile
Eve I. Lincoln           Rebecca McGee
Stephen Toole

> Application denied.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        August 13, 2025

August 12, 2025

**VIA ELECTRONIC FILING**

Hon. Philip M. Halpern, U.S.D.J.
Southern District of New York
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:   *Ordenez-Vargas v. Orange County et al.*, Case No. 25-cv-00064 (PMH)

Dear Judge Halpern:

    I represent Defendant Orange County (the "County") in the above-referenced matter. Plaintiff amended the complaint in response to deficiencies raised in the County's pre-motion conference letter (Doc. No. 16). By letter dated February 25, 2025, Plaintiff sought an extension of time to amend the complaint and set forth the specific reasons for such amendment, which did not include adding a new plaintiff (*see* Doc. No. 17). However, the First Amended Complaint (Doc. No. 28) (the "FAC") did add a new plaintiff. Such addition was done without leave of the Court. *See* Fed. R. Civ. P. 21. I defer to the Court as to whether that was proper.

    Based on representations from Plaintiff's counsel, Plaintiff has requested the issuance of an amended summons, as the new plaintiff must serve the County.[1] As such, to the extent the addition of the new plaintiff is permitted by this Court, the County respectfully requests that its time to answer or move to dismiss the FAC be extended until such time as all proper parties have been served, so as not to duplicate answers or motions, or to such other time as this Court deems proper.

---

[1] To date, it does not appear as if an amended summons has been issued with respect to the County.

    The County's current deadline is August 20, 2025.[2] Plaintiff's counsel has consented to an extension of the County's deadline to respond to the FAC. The County previously joined in an extension request made by Defendant New York Correct Care Solutions Medical Services, P.C. (Doc. No. 27), which was denied (Doc. No. 28).

    Thank you for Your Honor's consideration of this matter.

Respectfully submitted,<br><br>Dante D. De Leo

CC:    All Counsel of Record (via ECF)

---

[2] Defendants were given 21 days from the filing of the FAC to answer or move to dismiss (see Doc. No. 18). The FAC was not accepted for filing until July 30, 2025 (Doc. No. 28).