

September 11, 2025

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing

  Re: <u>Ordonez-Vargas v. Orange County et al.</u>, 25-cv-0064

Your Honor:

  My firm, with co-counsel, represents Plaintiff in the case above.

  I write to request a one-month extension of time within which to complete service of the initiating papers in this matter on the last remaining individual defendant, Mandi Zaccagnino. Ms. Zaccagnino was an employee of Defendant Wellpath at the time of this incident, but is so longer employed there. The other two individual defendants who are no longer Wellpath employees (Dominick Piacente and Joseph Patrick Harkins) were successfully served since our last extension request. Defendants have no objection.

  This would be the fifth extension of time to serve the initiating papers. The first two extensions were required because of the Wellpath bankruptcy proceedings, during which time Plaintiff was barred from acting in this matter. This is the third request for such relief after the end of the Wellpath bankruptcy stay. This request is only as to defendant Zaccagnino.

  We have attempted to serve Defendant Zaccagnino at her home three times, at different times of day. So far, no one has answered the door even though a car was parked in the driveway. Please see attached Affidavit of Attempted Service. A search of public records confirmed that the address we are using (which was provided to us by counsel as Defendant Zaccagnino's last known address) is Defendant Zaccagnino' current address.

  Therefore, Plaintiff requests a one-month extension of time within which to complete service on defendants Zaccagnino, from September 13, 2025 to October 13, 2025.

  Thank you for your attention to this matter.

                Respectfully submitted,

                 /s/
                _____

                Elena L. Cohen
                Cohen&Green P.L.L.C.
                *Attorneys for Plaintiff*



1639 Centre St., Suite 216
Ridgewood, New York 11385

COHEN&GREEN    Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com