UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X
STEPHANIE CRUZ and MARISOL ORDONEZ,            Civil Action No.: 25-cv-00064
                              Plaintiff(s),

   -against-

ORANGE COUNTY, ET AL.,                          AFFIDAVIT OF ATTEMPTED SERVICE
                              Defendant(s).
------------------------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Najir Williams, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **August 25, 2025** at **7:03 pm** at **163 Drexel Drive, Pine Bush, NY 12566** deponent attempted to serve the within:

| X SUMMONS IN A CIVIL ACTION | X FIRST AMENDED COMPLAINT | X JUDGE'S RULES and ECF RULES |
|---|---|---|
| __ | __ | __ |

on **MANDI LEE ZACCAGNINO, Defendant(s)**.

__ Individual: By delivering a true copy of the same to the defendant personally; and the deponent knew the person so served to be the person described as said defendant.

__ Affixing to Door: By affixing a true copy of each to the front door of _____. Said premises is: __ the actual place of business, __ the dwelling house and/or usual place of abode of Defendant; Deponent was unable, with due diligence to find the Defendant or a person of suitable age and discretion having attempted service thereat on ____ at ___ m; and on ____ at ___ m; and on ____ at ___ m; and by mailing, as indicated below:

__ Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

**X** Attempted Service: Attempted at above stated address on 8/22/2025 at 1:09 pm, and on 8/23/2025 at 8:07 am, and on 8/25/2025 at 7:03 pm. White SUV in driveway. No answer anytime and unable to verify address.

Description: The person served is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| __ Male | __ White Skin | __ Black Hair | __ 14-20 Yrs | __ Under 5'3" | __ Under 100 Lbs. |
| __ Female | __ Black Skin | __ Brown Hair | __ 21-35 Yrs | __ 5'4"-5'8" | __ 100-130 Lbs. |
| | __ Brown Skin | __ Blonde Hair | __ 36-50 Yrs. | __ 5'9"-6' | __ 131-160 Lbs. |
| | __ Yellow Skin | __ Grey Hair | __ 51-65 Yrs. | __ Over 6' | __ 161-200 Lbs. |
| | __ Red Skin | __ Red Hair | __ Over 65 Yrs. | | __ Over 200 Lbs. |
| | __ Tan Skin | __ White Hair | | | |
| | | __ Balding | __ Beard | __ Mustache | __ Glasses |

__ Other Identifying Features: _____.
**X** Index Number/Date of Filing Endorsement _____.
__ Military Service: Deponent inquired and was advised that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

     I affirm this 11th day of September, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                  _____
                                                  Najir Williams - Process Server
                                                  **COMPLIANT PROCESS SERVICE**
                                                  **COHEN & GREEN, PLLC.**