UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEFANY CRUZ and MARISOL ORDONEZ VARGAS,**

                *Plaintiff*,

-*vs*-

**ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANT 1-4,**

                *Defendant*.

**NOTICE OF APPEARANCE**

Civil No. 7:25-cv-00064-PMH

**PLEASE TAKE NOTICE,** that Barclay Damon LLP, has been retained by and appears for the Defendants Joseph Patrick Harkins and Dominic Piacente (collectively "Defendants"), in this action and that all notices and other papers therein be served on Paul A. Sanders, Esq., at Barclay Damon LLP, located at 100 Chestnut Street, Suite 2000, Rochester, New York 14604.

**PLEASE TAKE FURTHER NOTICE** that the Defendants do not waive any jurisdictional defenses.

**DATED:**   September 12, 2025

**BARCLAY DAMON LLP**

By:   *s/ Paul A. Sanders*
      Paul A. Sanders

*Attorneys for Defendants*
*Joseph Patrick Harkins and Dominic Piacente*
Office and Post Office Address
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Tel: (585) 295-4426
Email: psander@barclaydamon.com

32319787.1