UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

| | |
|---|---|
| STEFANY CRUZ AND MARISOL ORDONEZ VARGAS,<br>Plaintiff(s),<br>-against-<br>ORANGE COUNTY, ET AL.,<br>Defendant(s). | Case No.: 7:25-cv-00064-PMH<br><br><br>AFFIDAVIT OF SERVICE |

-----------------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

<u>Najir Williams</u>, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On <u>**September 11, 2025**</u> at <u>**12:16 pm**</u> at <u>**255 Main Street, Goshen, NY 10924**</u> deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X FIRST AMENDED COMPLAINT | X JUDGES and ECF RULES | ☐ |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

on **ORANGE COUNTY,** defendant.

☐ **Individual**: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

☐ **Suitable Age Person**: By delivering at the above address a true copy of the same to _____, a person who is of suitable age and discretion. Said premises is: ☐ the actual place of business abode or ☐ dwelling house or usual place of abode, within this state, and by

X **Corporation**: A domestic/municipal corporation by delivering thereat a true copy of same to <u>Virginia Esposito</u> personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be <u>Confidential Secretary</u> thereof.

☐ **Mailing**: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked personal and confidential properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | X White Skin | ☐ Black Hair | ☐ 14-20 Yrs | ☐ Under 5'3" | ☐ Under 100 Lbs. |
| X Female | ☐ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs | X 5'4"-5'8" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | X Blonde Hair | ☐ 36-50 Yrs. | ☐ 5'9"-6' | X 131-160 Lbs. |
| | ☐ Yellow Skin | X Gray Hair | X 51-65 Yrs. | ☐ Over 6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | | ☐ Over 200 Lbs. |
| | ☐ Tan Skin | ☐ White Hair | | | |
| | | ☐ Bald | | | X Glasses |

X Other Identifying Features: <u>Person served verbally confirmed she was authorized to accept on the County's behalf.</u>
X Index Number/Date of Filing Endorsement _____.
☐ **Military Service**: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 16th day of September, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Najir Williams - Process Server
**Compliant Process Service**
**COHEN & GREEN P.L.L.C.**