UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

MARISOL ORDONEZ VARGAS,                                    Case No.: 7:25-cv-00064

                                        Plaintiff(s),

        -against-


ORANGE COUNTY, ET AL.,                                     AFFIDAVIT OF SERVICE

                                        Defendant(s).
-----------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:


        Najir Williams, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **August 22, 2025** at **12:08 pm** at **17 Fleetwood Drive, Goshen, NY 10924** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X FIRST AMENDED COMPLAINT | X INDIVIDUAL PRACTICES IN CIVIL CASES | |
|---|---|---|---|
| | | X ELECTRONIC CASE FILING RULES | |

on **JOSEPH PATRICK HARKINS**, defendant.

X Individual: By delivering a true copy of the same to the defendant personally; and the deponent knew the person so served to be the person described as said defendant.

  Suitable Age Person: By delivering at the above address a true copy of the same to            a person who is of suitable age and discretion. Said premises is:    the actual place of business abode or dwelling house or usual place of abode, within this state, and by

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked personal and confidential properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| X Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| Female | Black Skin | Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36-50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Balding | | | Glasses |

X Other Identifying Features: Person served verbally acknowledged he was the above named defendant and directed deponent to leave the papers on the step in front of the door stating he will pick them up.
X Index Number/Date of Filing Endorsement _____ .
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

        I affirm this 16th day of September, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.


                                                    _____
                                                    Najir Williams - Process Server
                                                    **Compliant Process Service**
                                                    **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

MARISOL ORDONEZ VARGAS,                                              Case No.: 7:25-cv-00064
                                            Plaintiff(s),

        -against-

ORANGE COUNTY, ET AL..,                                              AFFIDAVIT OF SERVICE
                                            Defendant(s).
-----------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

        Najir Williams, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **August 21, 2025** at **11:30 am** at **26 Alto Avenue, Port Chester, NY 10573** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X FIRST AMENDED COMPLAINT | X INDIVIDUAL PRACTICES IN CIVIL CASES | |
|---|---|---|---|
| | | X ELECTRONIC CASE FILING RULES | |

on **DOMINICK PIACENTE, defendant**.

X Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

Suitable Age Person: By delivering at the above address a true copy of the same to _____ a person who is of suitable age and discretion. Said premises is: the actual place of business abode or dwelling house or usual place of abode, within this state, and by

Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked personal and confidential properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| X Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| Female | Black Skin | Brown Hair | 21-35 Yrs | X 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36-50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | X Gray Hair | 51-65 Yrs. | Over 6' | X 161-200 Lbs. |
| | Red Skin | Red Hair | X Over 65 Yrs. | | Over 200 Lbs |
| | Tan Skin | White Hair | | | |
| | | X Balding | | | Glasses |

Other Identifying Features: _____
X Index Number/Date of Filing Endorsement _____
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

        I affirm this 16th day of September, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                _____
                                                Najir Williams - Process Server
                                                **Compliant Process Service**
                                                **COHEN & GREEN P.L.L.C.**

## AFFIDAVIT OF SERVICE

INDEX #: 7:25-CV-00064-PMH
DATE FILED: 8/11/2025
ATTORNEY: COHEN & GREEN P.L.L.C.
          1639 CENTRE STREET SUITE 216 RIDGEWOOD NY 11385 (929)888-9480

UNITED STATES DISTRICT COURT FOR THE
   SOUTHERN DISTRICT OF NEW YORK

STEFANY CRUZ AND MARISOL ORDONEZ VARGAS,
Plaintiff(s)
- against -
ORANGE COUNTY (NEW YORK), ET AL
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY:    ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 08/26/2025, 03:49PM at 99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231, deponent served a **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon WELLPATH NY LLC, a defendant in the above captioned matter.

Deponent served NANCY EARLEY, a person authorized by the NEW YORK Secretary of State to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section 303 of the NY LIMITED LIABILITY COMPANY LAW.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender F    Approximate age 53    Approximate height 5'06"    Approximate weight 145    Perceived Race WHITE
Color of hair BROWN

Sworn to before me on 08/27/2025
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

X _____
STEF MARIE

COMPLIANT PROCESS SERVICE INC
2648 MONTAUK AVENUE  MERRICK, NY 11566 (516)967-5246