AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **25-cv-00064**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Zachary H. Hemenway at Stinson LLP**
was recieved by me on **10/03/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Scott Gootee**, who is designated by law to accept service of process on behalf of **Zachary H. Hemenway at Stinson LLP** at **1201 Walnut St Ste 2900, Kansas City, MO 64106** on **10/03/2025 at 3:41 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  10/04/2025

*Server's signature*

**Kenneth Diegel**
*Printed name and title*

**1834 East 48th Street**
**Kansas City, MO 64130**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT - JURY TRIAL DEMANDED; E-CASE FILING RULES & INSTRUCTIONS,  to Scott Gootee who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.  Partner at Stinson**



Tracking #: **0189276731**

