UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEPHANIE CRUZ and MARISOL ORDONEZ,

                            Plaintiff(s),

  -against-

ORANGE COUNTY, ET AL.,

                            Defendant(s).
-----------------------------------------------------------------X

Civil Action No.: 25-cv-00064

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

    Najir Williams, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **October 6, 2025** at **1:14 pm** at **163 Drexel Drive, Pine Bush, NY 12566** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X FIRST AMENDED COMPLAINT | X JUDGE'S RULES and ECF RULES |
|---|---|---|
| ☐ | ☐ | ☐ |

on **MANDI LEE ZACCAGNINO, Defendant(s)**.

☐ **Individual**: By delivering a true copy of the same to the defendant personally; and deponent believes the person so served to be the person described as said defendant.

X **Suitable Age Person**: By delivering at the above address a true copy of the same to Dominick Zaccagnino, "Brother" a person who is of suitable age and discretion. Said premises is: ☐ the actual place of business abode or X dwelling house or usual place of abode, within this state, and by.

X **Mailing**: Deponent also enclosed a copy of same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by first class mail, in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person spoken with is described as follows:

| X Male | X White Skin | ☐ Black Hair | ☐ 14-20 Yrs | ☐ Under 5'3" | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|
| ☐ Female | ☐ Black Skin | X Brown Hair | ☐ 21-35 Yrs | ☐ 5'4"-5'8" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blonde Hair | X 36-50 Yrs. | X 5'9"-6' | ☐ 131-160 Lbs. |
| | ☐ Yellow Skin | ☐ Gray Hair | ☐ 51-65 Yrs. | ☐ Over 6' | X 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | Over 65 Yrs. | | ☐ Over 200 Lbs. |
| | ☐ Tan Skin | ☐ White Hair | | | |
| | | ☐ Salt/Pepper Hair | | ☐ Facial Hair | ☐ Glasses |

X Other Identifying Features: Person served verbally confirmed the above named defendant lives there and accepted service on their behalf.
X Index Number/Date of Filing Endorsement _____
X Military Service: Deponent inquired and was informed that the defendant is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 6th day of October, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*/s/ Najir Williams*

Najir Williams - Process Server
**COMPLIANT PROCESS SERVICE**
**COHEN & GREEN, PLLC.**