# COHEN & GREEN

October 7, 2025

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

      Re:     <u>Ordonez-Vargas v. Orange County et al.</u>, 25-cv-0064

Dear Judge Halpern:

     My firm, with co-counsel, represents Plaintiffs in the case above. Pursuant to the Court's Individual Practice § 4(C), I write in response to Defendant Orange County's pre-motion conference letter. ECF No. 54.

     As explained further below, Plaintiffs, with Defendant Orange County's consent, are requesting an extension of time to respond to the pre-motion letter, until October 31, 2025. The parties agree that such an extension is necessary because Plaintiffs intend to move for leave to file a Second Amended Complaint to adequately respond to Defendants' arguments raised in their pre-conference letter. This extension will ensure that the parties are not pressing pre-motion conferences unnecessarily when changes to the operative complaint might obviate the need for any pre-motion conference.

     To this end, Plaintiffs further request a deadline of October 17, 2025 to file a pre motion letter to amend the First Amended Complaint pursuant to 2(c) of Your Honor's rules, with Defendants response due October 24, 2025.

     In the event that Plaintiffs' motion for leave to amend is granted, with the Country's consent, we request withdrawal of the County's pre-motion letter. If the motion for leave to amend is denied, Plaintiffs request to submit our pre-motion response to the Motion to Dismiss by October 31, 2025.

     For the reasons set out above, Plaintiffs respectfully request an extension up to and including October 31, 2025, to respond to Defendant Orange County's pre-motion letter and to file a premotion letter to amend the First Amended Complaint by October 17, 2025.

     As always, I thank the Court for its continued time and attention.

                                              Respectfully submitted,

                                              /s/ _____



        Elena L. Cohen
           *Honorific/Pronouns: Ms., she/her*
        **COHEN&GREEN P.L.L.C.**
        *Attorneys for Plaintiffs*
        1639 Centre St., Suite 216
        Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com