

October 7, 2025

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

Re: **Ordonez-Vargas v. Orange County et al., 25-cv-0064**

Dear Judge Halpern:

My firm, with co-counsel, represents Plainti[ff]. [Pursuant to Your Honor's] Individual Practice § 4(C), I write in response to Def[endant Orange County's pre-motion] letter. ECF No. 54.

As explained further below, Plaintiffs, with [Defendant's consent, are] requesting an extension of time to respond to the pr[e-motion letter. The] parties agree that such an extension is necessary bec[ause Plaintiffs intend to file a] Second Amended Complaint to adequately respond [to the County's pre-motion] conference letter. This extension will ensure that the [Court's time is not spent] unnecessarily when changes to the operative compla[int may obviate the need for a] conference.

To this end, Plaintiffs further request a dead[line to submit a pre-motion] letter to amend the First Amended Complaint pursu[ant to Rule 4(C), with] Defendants response due October 24, 2025.

> Application denied. Plaintiff is directed to substantively respond to Defendant Orange County's letter-motion by October 10, 2025. In the event Plaintiff intends to seek leave to file an amended pleading, she shall follow the Court's Individual Practices, including submission of a redlined copy, or may obtain and file Defendant's written consent to the amended pleading by October 10, 2025.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 57.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 7, 2025

In the event that Plaintiffs' motion for leave to amend is granted, with the Country's consent, we request withdrawal of the County's pre-motion letter. If the motion for leave to amend is denied, Plaintiffs request to submit our pre-motion response to the Motion to Dismiss by October 31, 2025.

For the reasons set out above, Plaintiffs respectfully request an extension up to and including October 31, 2025, to respond to Defendant Orange County's pre-motion letter and to file a premotion letter to amend the First Amended Complaint by October 17, 2025.

As always, I thank the Court for its continued time and attention.

Respectfully submitted,

/s/ _____



              Elena L. Cohen
                  *Honorific/Pronouns: Ms., she/her*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com