

<div style="text-align: right">October 9, 2025</div>

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

      Re:     <u>Ordonez-Vargas v. Orange County et al.</u>, 25-cv-0064

Dear Judge Halpern:

     My firm, with co-counsel, represents Plaintiffs in the case above. We write with respect to the Court's Order (ECF. 58) issued yesterday, on October 8, 2025. Plaintiffs will substantively respond to Defendant Orange County's letter-motion by tomorrow as directed by the Court. However, Plaintiffs were not clear whether the Court's Order is separately requiring that any future amended complaint in this action also be filed by tomorrow. To the extent that the Court's Order requires that, I write to request a brief extension up to and including October 17, 2025, to file an amended pleading. Defendants Orange County and New York Correct Care Solutions ("NYCCS") were unable to provide their respective positions regarding this request given the short turnaround time they had to review this letter.

     Plaintiffs have made diligent attempts to contact their clients with respect to additional information that may be relevant to a subsequent amended complaint. I ask for this 1-week extension to allow adequate time to confer with our clients, one of whom requires a translator and therefore needs additional time for us to arrange substantive calls. Further, as Your Honor may be aware, a complicated relationship exists between Defendant parties Wellpath LLC, Wellpath NY LLC, and NYCCS. Plaintiffs have conferred with counsel for Defendants to gain clarity on the relationship between the Defendant companies, to ensure we are naming them properly in the pleading. Plaintiffs have additionally learned through conversations with Defense counsel that YesCare Corp. provided medical services at Orange County Correctional Facility during the relevant period, and therefore will be named as a new Defendant in the amended pleading. Plaintiffs' counsel require additional time to make these amendments in consultation with our clients.

     Notwithstanding this request for more time to comply with the Court's Order—to the extent it does require the filing of an amended complaint by tomorrow—Plaintiffs are making every effort to move this case forward, including revising the operative complaint to respond to issues raised by Defendants, so that any potential motion to dismiss briefing is streamlined and limited to issues that are truly contested. Moreover, Plaintiffs have no objection to proceeding to a briefing schedule without delay for the amended complaint.

     For the reasons set out above, Plaintiffs respectfully request that the Court clarify whether any amended complaint *must* be filed by tomorrow, and if so, respectfully request an extension of 5

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com

Case 7:25-cv-00064-PMH   Document 59   Filed 10/09/25   Page 2 of 2



business days to file any such amended pleading.

As always, I thank the Court for its continued time and attention.

<div style="text-align:right">

Respectfully submitted,

/s/
_____
Regina Yu
*Honorific/Pronouns: Ms., she/her*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

</div>

cc:
All relevant parties by electronic filing.

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com