UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marisol Ordonez Vargas, et al.,

                Plaintiffs,

    -against-

Orange County, et al.,

                Defendants.

Case No.: 7:25-cv-00064 (PMH)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Lisa E. Fleischmann, Esq. is admitted to practice in this Court and should be added as the attorney of record for the defendant Orange County in this matter. All future notifications should be forwarded to the undersigned.

Dated:  Valhalla, New York
         October 10, 2025

Respectfully submitted,

KAUFMAN BORGEEST &RYAN LLP

By: _____
      Lisa E. Fleischmann (LF-2907)
*Attorneys for Defendant*
**ORANGE COUNTY**
200 Summit Lake Drive
Valhalla, New York 10595
Telephone: (914) 449-1000
Facsimile: (914) 449-1100
Email: lfleischmann@kbrlaw.com
KBR File No.: 973.002

TO:   VIA PACER
       All Counsel

1

8497257