**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEFANY CRUZ and MARISOL ORDONEZ VARGAS,<br><br>    Plaintiff,<br><br>    -against-<br><br>ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CASE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CASE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANT 1-4<br><br>    Defendants. | Case No. 7:25-cv-00064-PMH<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Adi Halevi, Esq. is admitted to practice in this Court and should be added as the attorney of record for the defendant, **ORANGE COUNTY,** in this matter. All future notifications should be forwarded to the undersigned.

Dated:  New York, New York
        October 10, 2025

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

By: _____
    Adi Halevi, Esq.(7767467)
    *Attorneys for Defendant*
    **ORANGE COUNTY**
    875 Third Avenue
    New York, New York 10022
    Telephone: (914) 449-1000
    Facsimile: (914) 449-1100
    Email: ahalevi@kbrlaw.com
    KBR File No.: 973.002

TO: **VIA ECF**

    **Main Street Legal Services, Inc.**
    Attorneys for Plaintiffs
    CUNY School of Law
    2 Court Square West
    Long Island City, NY 11101

    **BARCLAY DAMON LLP**
    Paul A. Sanders, Esq.
    Attorneys for Defendants
    **Joseph Patrick Harkins and**
    **Dominic Piacente**
    2000 Five Star Bank Plaza
    100 Chestnut Street
    Rochester, New York 14604

    **ORANGE COUNTY DEPARTMENT**
    **OF LAW**
    Richard B. Golden
    Attorneys for Defendants
    **Orange County, Sgt. Halstead, CO**
    **Narcise, CO Ford, and Lt. Shaffer**
    255-275 Main Street
    Goshen, New York 10924