

October 10, 2025

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing

  **Re:**  **Ordonez-Vargas et al. v. Orange County et al., 25-cv-0064**

Your Honor:

My firm, with co-counsel, represents Plaintiffs in the case above. Plaintiffs file this in abundance of caution, as our application to clarify the Court's October 8, 2025 order at Docket 58 or otherwise extend the time to amend to October 17, 2025 (Dkt. 59) remains pending and there is a possible deadline today. Per Plaintiffs letter motion at Docket 59, we request clarification of the Court's Order at Docket 58, and to the extent it orders that *any* amendment to the complaint be made by today, Plaintiffs request a brief extension up to and including October 17, 2025, to file an amended pleading.

If that extension request is denied and this is Plaintiff's only opportunity to amend, Plaintiffs respectfully request a pre-motion conference to file a Second Amended Complaint. Annexed hereto is the proposed Second Amended Complaint, with both redlined and a clean version. Defendants consent to these amendments.

                 Respectfully submitted,

                  /s/
                  _____

                  Elena L. Cohen
                  Cohen&Green P.L.L.C.
                  *Attorneys for Plaintiff*
                  1639 Centre St., Suite 216
                  Ridgewood, New York 11385