# COHEN & GREEN

October 10, 2025

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing

    Re:    <u>Ordonez-Vargas et al. v. Orange County et al., 25-cv-0064</u>

Your Honor:

My firm, with co-counsel, represents Plaintiffs in th[is matter. I write out of an abundance of] caution, as our application to clarify the Court's O[rder at Docket 58, including a request to] extend the time to amend to October 17, 2025 (D[ocket 63]) is pending on the amendment deadline today. Per Plaintiffs letter motion at Docket [63, if this Court grants clarity to its Order] at Docket 58, and to the extent it orders that *any a*[mendment is due today, October 10, 2025,] Plaintiffs request a brief extension up to and includin[g October 17, 2025.]

If that extension request is denied and this is Pl[aintiffs' deadline to amend, then Plaintiffs] respectfully request a pre-motion conference to file [a motion to amend pursuant to Rule 15. Attached] is the proposed Second Amended Complaint, with [Defendants have been consulted and do not] consent to these amendments.

> To the extent Defendants consent to Plaintiffs filing a proposed amended complaint, Plaintiffs are directed to file a proposed order and stipulation, *see* Fed. R. Civ. P. 15(a)(2), by October 17, 2025 together with a Second Amended Complaint.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 63.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        October 14, 2025

/s/
_____
Elena L. Cohen
Cohen&Green P.L.L.C.
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385