UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEFANY CRUZ and MARISOL ORDONEZ VARGAS,<br><br>                    Plaintiff,<br><br>    -against-<br><br>ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CASE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CASE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANT 1-4<br><br>                    Defendants. | Case No. 7:25-cv-00064-PMH<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Ari Lessa, Esq. is admitted to practice in this Court and should be added as the attorney of record for the defendant, **ORANGE COUNTY,** in this matter. All future notifications should be forwarded to the undersigned.

Dated:  New York, New York
            October 22, 2025

                                                                        Respectfully submitted,

                                                                        KAUFMAN BORGEEST & RYAN LLP

                                                                        By: _____
                                                                                Ari Lssa, Esq. (5110572)
                                                                        *Attorneys for Defendant*
                                                                        **ORANGE COUNTY**
                                                                        200 Summit Lake Drive
                                                                        Valhalla, New York 10595
                                                                        Telephone: (914) 449-1000
                                                                        Facsimile: (914) 449-1100
                                                                        Email: alessa@kbrlaw.com
                                                                        KBR File No.: 973.002

TO:     **VIA ECF**

**Main Street Legal Services, Inc.**
Attorneys for Plaintiffs
CUNY School of Law
2 Court Square West
Long Island City, NY 11101

**BARCLAY DAMON LLP**
Paul A. Sanders, Esq.
Attorneys for Defendants
**Joseph Patrick Harkins and**
**Dominic Piacente**
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604

**ORANGE COUNTY DEPARTMENT**
**OF LAW**
Richard B. Golden
Attorneys for Defendants
**Orange County, Sgt. Halstead, CO**
**Narcise, CO Ford, and Lt. Shaffer**
255-275 Main Street
Goshen, New York 10924

11498007