**BARCLAY DAMON**<sup>LLP</sup>

**Paul A. Sanders**
*Partner*

October 29, 2025

**VIA CM/ECF**
Hon. Philip M. Halpern
U.S. District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY  10601

      Re:    Stefany Cruz and Marisol Ordonez Vargas v. Orange County (New York); et al.
             SDNY Civil No.: 7:25-cv-00064-PMH
             Our File No.:  3225742

Dear Judge Halpern:

    My firm represents Defendants Orange County, Wellpath, LLC, Joseph Patrick Harkins, Teneshia Washington, RN, Jillian M Barone, RN, and Dr. Dominick Piacente, in this matter.

    In response to Your Honor's Order dated October 28, 2025 (Doc. 68), please be advised that we advised counsel for Plaintiffs that our clients consent to the filing of the proposed amended pleadings, while reserving the right to move to dismiss. It is our understanding that counsel for Plaintiffs would notify the Court of same.

    Thank you for Your Honor's consideration of this submission.

                                      Very truly yours,

                                      Paul A. Sanders

PAS:np

cc:    All counsel of record (via CM/ECF)

2000 Five Star Bank Plaza - 100 Chestnut Street - Rochester, New York 14604 barclaydamon.com
PSanders@barclaydamon.com  Direct: (585) 295-4426  Fax: (585) 295-8422

32664840.1