

# ORANGE COUNTY DEPARTMENT OF LAW

**RICHARD B. GOLDEN**
COUNTY ATTORNEY

**Carol C. Pierce**
*Deputy County Attorney*

**Steven M. Neuhaus**
**County Executive**

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Joseph F. Mahoney      Donna M. Badura
William S. Badura       Lia E. Fierro
Marina V. O'Neill       Lisa M. James
Stephanie T. Midler     Cedric A. Cooper
Dante D. De Leo         Kelly M. Naughton

**Family Law Division**

TEL: 845-291-2650
FAX: 845-360-9161*

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
Peter R. Schwarz         David S. Meffert
Linda P. DaSilva         Stephanie Bazile
Ferol L. Reed-McDermott  Michael Rabiet
Karen A. Amundson        Tammy A. Delile
Eve I. Lincoln           Rebecca McGee
Lisa M. Morgillo         Stephen Toole

October 29, 2025

**VIA ELECTRONIC FILING**

Hon. Philip M. Halpern, U.S.D.J.
Southern District of New York
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

    Re:    *Cruz and Ordonez-Vargas v. Orange County et al.*
            Case No. 25-cv-00064 (PMH)

Dear Judge Halpern:

    I represent Defendant Orange County (the "County") in the above-referenced matter. I am writing pursuant to Your Honor's Order dated October 28, 2025 (Doc. No. 68) to respond to the Plaintiffs' pre-motion letter for leave to file an amended complaint (Doc. No. 66).

    On October 24, 2025, I notified Plaintiffs' counsel, along with counsel for all parties, that the County consents to Plaintiffs' motion and reserves its right to move to dismiss the amended pleading. Based on previous correspondence with Plaintiffs' counsel, it was my understanding that Plaintiffs' counsel was going to notify the Court of the parties' consent.

    Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

Dante D. De Leo

Orange County Government Center
255-275 Main Street, Goshen, NY 10924

*Service of Process by FAX is not accepted*