UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

                    **Plaintiff(s),**

                                                                                                      \_\_\_\_\_ **Civ.** _____(\_\_\_)

                **- against -**

                                                                                   **CLERK'S CERTIFICATE**
                                                                                     **OF DEFAULT**

                             **Defendant(s),**
-------------------------------------------------------------X

       **I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on _____ with the filing of a summons and complaint, the Complaint was amended on **July 30, 2028**, and a copy of the summons and amended **complaint was served on defendant(s)** _____, **by personally serving** _____ _____.

*and proof of service was therefore filed on* _____, **Doc. #(s)**

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

 **Dated: New York, New York**                                             **TAMMI M. HELLWIG**
                                                                         **Clerk of Court**

                                                              **By:** _____
                                                                        **Deputy Clerk**