**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

STEFANY CRUZ AND MARISOL ORDONEZ
VARGAS,

<em>Plaintiff</em>s,

v.

ORANGE COUNTY (New York); WELLPATH,
LLC (formerly known as CORRECT CARE
SOLUTIONS MEDICAL SERVICES PC and/or
NEW YORK CORRECT CARE SOLUTIONS
MEDICAL SERVICES, PC); MATTHEW J.
DUNDON, Trustee of Wellpath Holdings, Inc.
Liquidating Trust; WELLPATH NY LLC;
JOSEPH PATRICK HARKINS; TENESHIA
WASHINGTON, RN; JILLIAN M. BARONE, RN;
MANDI LEE ZACCAGNINO, NP; DOMINICK
PIACENTE; AND DOE DEFENDANTS 1-4,

<em>Defendant</em>s.

25-cv-00064

**DECLARATION OF
J. REMY GREEN**

I, Remy Green, being duly sworn, depose and say:

1.     I am a partner at Cohen&Green P.L.L.C., co-counsel for Plaintiffs in the case above. I make this declaration accompanying a request for a Clerk's Certificate of Default.

2.     Matthew J. Dundon, the Trustee of Wellpath Holdings, Inc. Liquidating Trust is not an infant, in the military, or an incompetent person.

3.     While we have served him through his counsel for all matters related to his role as the Trustee of Wellpath Liquidating trust, following requests he waive service, Mr. Dundon has failed to plead or otherwise defend the action.

4.     I affirm I know Zachary Hemenway of Stinson LLP to be Mr. Dundon's counsel for such matters, and accordingly contact must be made through counsel.

5.     Reviewing the affidavit of service at ECF No. 55, I affirm service of the amended complaint was properly made pursuant to the Federal Rules of Civil

Procedure, and service was accepted by someone who confirmed they were authorized to accept service.

6.      The documents sent to our process server and served were the amended complaint at ECF No. 28 (Mr. Dundon was not named in the initial complaint), the summons issued as to Mr. Dundon at ECF No. 39 and the e-case filing rules & instructions.

I declare, under penalty of perjury, that the statements above are true and correct.

Executed On: October 30, 2025

/s/

_____

J. Remy Green