**BARCLAY DAMON** LLP

**Paul A. Sanders**
*Partner*

November 12, 2025

**VIA CM/ECF**
Hon. Philip M. Halpern
U.S. District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re: <u>Ordonez-Vargas, et al. v. Orange County, et al.</u>
        SDNY Civil No.: 7:25-cv-00064-PMH
        Our File No.: 3225742

Dear Judge Halpern:

    My firm represents Defendants New York Correct Care Solutions Medical Services, P.C. Joseph Patrick Harkins, Teneshia Washington, RN, Jillian M Barone, RN, and Dr. Dominick Piacente, in this matter.

    In response to Plaintiffs' letter dated November 11, 2025 (Dkt. 80), we confirm that Barclay Damon LLP represents neither Wellpath, LLC nor Wellpath NY, LLC in this matter.[1] The firm has not filed a notice of appearance/pleading(s) or otherwise appeared on their behalf in the litigation. The docket reflects that these defendants are not represented by counsel. This has been explained to Plaintiffs' counsel in writing and verbally multiple times.

    Dkt. 69 (referenced in the November 11, 2025 letter) contains a typo with respect to Wellpath, LLC, that we ask the Court and parties to disregard.

    Thank you for Your Honor's consideration of this submission.

                             Very truly yours,

                             Paul A. Sanders

PAS:np

cc:     All counsel of record (via CM/ECF)

---

[1] Upon information and belief, both entities were discharged in the Wellpath bankruptcy with respect to the claims in the action.

2000 Five Star Bank Plaza - 100 Chestnut Street - Rochester, New York 14604 barclaydamon.com
PSanders@barclaydamon.com  Direct: (585) 295-4426  Fax: (585) 295-8422

32760842.1