## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT,  
SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed:  
Index #  25-cv-00064 (PMH)

*Stefany Cruz., et ano*      Plaintiff

against

*Orange County (New York)., et al*      Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____November 18, 2025_____, at _11:00 AM_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Second Amended Complaint, Judge Halpern's Individual Rules, SDNY ECF Rules and Supporting Papers on

_____YesCare Corp_____, the Defendant in this action, by delivering to and leaving with _____Dan Noonan_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, **2** true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee **40** dollars; That said service was made pursuant to Section <u>306 Business Corporation Law</u>. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: _50-65_  Approx. Wt: _131-160_  Approx. Ht: _5' 4" - 5' 8"_  
Color of skin: _White_  Hair color: _Brown_  Sex: _Male_  Other: _____

Sworn to before me on this  
_18th_ day of November 2025

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2026

James Perone  
**Attny's File No.**