## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT,<br>SOUTHERN DISTRICT OF NEW YORK | Purchased/Filed:<br>Index #  25-cv-00064 |

*Stefany Cruz., et ano*     Plaintiff

against

*Orange County (New York)., et al*     Defendant

STATE OF NEW YORK         SS.:
COUNTY OF ALBANY

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___November 19, 2025___, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Second Amended Complaint, Judge Halpern's Individual Rules, SDNY ECF Rules and Supporting Papers on ___Wellpath NY LLC___, the Defendant in this action, by delivering to and leaving with ___Bryan Millner___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __22 - 35 Yrs.__   Approx. Wt: __161-200__   Approx. Ht: __5' 4" - 5' 8"__
Color of skin: __White__   Hair color: __Brown__   Sex: __Male__   Other: _____

Sworn to before me on this

__19th__ day of November 2025

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

James Perone
Attny's File No.
Invoice•Work Order # S1934308