# BARCLAY DAMON LLP

**Paul A. Sanders**
*Partner*

November 19, 2025

**VIA CM/ECF**
Hon. Philip M. Halpern
U.S. District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY  10601

      Re:  Ordonez-Vargas, et al. v. Orange County, et al.
            SDNY Civil No.: 7:25-cv-00064-PMH
            Our File No.:  3225742

Dear Judge Halpern:

    Our office represents Jillian M. Barone, RN, Joseph Patrick Harkins, Mandi Lee Zaccagnino, NP; Dominick Piacente, M.D. and New York Correct Care Solutions Medical Services, PC ("NYCCS") (collectively, "NYCCS Defendants").

    The NYCCS Defendants hereby withdraw their pre-motion application to Your Honor (Doc. 89) filed prematurely earlier today. The parties continue to exchange correspondence, per Your Honor's Individual Rules. The pre-motion application will be re-filed if/when necessary. Apologies for any inconvenience this may cause.

    Thank you for Your Honor's consideration of this submission.

                                Very truly yours,

                                Paul A. Sanders

PAS:DBC

cc:    All Counsel of Record (via CM/ECF)

2000 Five Star Bank Plaza - 100 Chestnut Street - Rochester, New York 14604 barclaydamon.com
PSanders@barclaydamon.com  Direct: (585) 295-4426  Fax: (585) 295-8422

32802968.1