UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEFANY CRUZ and MARISOL ORDONEZ VARGAS,<br><br>      Plaintiff,<br><br>-against-<br><br>ORANGE COUNTY (New York); WELLPATH, LLC; NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC; MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; YESCARE CORP; JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M. BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,<br><br>      Defendants. | Case No. 7:25-cv-00064-PMH<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Adi Halevi, Esq. is admitted to practice in this Court and should be added as the attorney of record for the defendant, **YESCARE CORP,** in this matter. All future notifications should be forwarded to the undersigned.

Dated: New York, New York
   December 4, 2025

             Respectfully submitted,

             KAUFMAN BORGEEST & RYAN LLP

             By: _/s/ Adi Halevi_
               Adi Halevi, Esq.(7767467)
               *Attorneys for Defendants*
               **ORANGE COUNTY and YESCARE CORP**
               875 Third Avenue
               New York, New York 10022
               Telephone: (914) 449-1000
               Facsimile: (914) 449-1100
               Email: ahalevi@kbrlaw.com
               KBR File No.: 973.002

TO: **VIA ECF**

**Main Street Legal Services, Inc.**
Attorneys for Plaintiffs
CUNY School of Law
2 Court Square West
Long Island City, NY 11101

**BARCLAY DAMON LLP**
Paul A. Sanders, Esq.
Attorneys for Defendants
**Joseph Patrick Harkins and Dominic Piacente**
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604

**ORANGE COUNTY DEPARTMENT OF LAW**
Richard B. Golden
Attorneys for Defendants
**Orange County, Sgt. Halstead, CO Narcise, CO Ford, and Lt. Shaffer**
255-275 Main Street
Goshen, New York 10924