**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEFANY CRUZ and MARISOL ORDONEZ
VARGAS,

      Plaintiff,

  -against-

ORANGE COUNTY (New York); WELLPATH,
LLC; NEW YORK CORRECT CARE
SOLUTIONS MEDICAL SERVICES, PC;
MATTHEW J. DUNDON, Trustee of Wellpath
Holdings, Inc. Liquidating Trust; WELLPATH
NY LLC; YESCARE CORP; JOSEPH PATRICK
HARKINS; TENESHIA WASHINGTON, RN;
JILLIAN M. BARONE, RN; MANDI LEE
ZACCAGNINO, NP; DOMINICK PIACENTE;
AND DOE DEFENDANTS 1-4,

      Defendants.

Case No. 7:25-cv-00064-PMH

**NOTICE OF APPEARANCE**

   **PLEASE TAKE NOTICE** that Ari Lessa, Esq. is admitted to practice in this Court and should be added as the attorney of record for the defendant, **YESCARE CORP,** in this matter. All future notifications should be forwarded to the undersigned.

Dated: New York, New York
   December 4, 2025

        Respectfully submitted,

        KAUFMAN BORGEEST & RYAN LLP

        By: _____
          Ari Lssa, Esq. (5110572)
        *Attorneys for Defendant*
        **ORANGE COUNTY and YESCARE CORP**
        200 Summit Lake Drive
        Valhalla, New York 10595
        Telephone: (914) 449-1000
        Facsimile: (914) 449-1100
        Email: alessa@kbrlaw.com
        KBR File No.: 973.002

TO: **VIA ECF**

   **Main Street Legal Services, Inc.**
   Attorneys for Plaintiffs

11596646

CUNY School of Law
2 Court Square West
Long Island City, NY 11101

**BARCLAY DAMON LLP**
Paul A. Sanders, Esq.
Attorneys for Defendants
**Joseph Patrick Harkins and**
**Dominic Piacente**
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604

**ORANGE COUNTY DEPARTMENT**
**OF LAW**
Richard B. Golden
Attorneys for Defendants
**Orange County, Sgt. Halstead, CO**
**Narcise, CO Ford, and Lt. Shaffer**
255-275 Main Street
Goshen, New York 10924

11596646