UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stefany Cruz and Marisol Ordonez-Vargas,<br><br>       Plaintiffs,<br><br> -against-<br><br>Orange County, et al.,<br><br>       Defendants. | Case No.: 7:25-cv-00064 (PMH)<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Lisa E. Fleischmann, Esq. is admitted to practice in this Court and should be added as the attorney of record for the defendant YesCare in this matter. All future notifications should be forwarded to the undersigned.

Dated: Valhalla, New York
    December 5, 2025

                Respectfully submitted,

                KAUFMAN BORGEEST &RYAN LLP

                By: _____
                  Lisa E. Fleischmann (LF-2907)
                *Attorneys for Defendant*
                **YESCARE**
                200 Summit Lake Drive
                Valhalla, New York 10595
                Telephone: (914) 449-1000
                Facsimile: (914) 449-1100
                Email: lfleischmann@kbrlaw.com
                KBR File No.: 973.002

TO: VIA PACER
    All Counsel

8497257