

200 SUMMIT LAKE DRIVE, VALHALLA, NY 10595
TEL: 914.449.1000   FAX: 914.449.1100   WWW.KBRLAW.COM

LISA FLEISCHMANN
DIRECT: 914-449-1089
LFLEISCHMANN@KBRLAW.COM

December 5, 2025

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

Re: Ordonez Vargas v. Orange County et al.
    Case No.:    7:25-cv-00064-PMH
    KBR File No.:  973.002

Dear Judge Halpern:

    We represent Defendant YesCare Corp. ("YesCare") in the above-referenced action.

    I write respectfully to request permission to withdraw as counsel for Orange County. I, along with my colleagues Ari Lessa and Adi Halevi, uploaded Notices of Appearance on behalf of Orange County before YesCare was added to the action, and at a time when we anticipated that YesCare would be involved in the County's defense of this action as it pertained to the time period during which YesCare rendered medical services at the prison. Since we have determined our respective roles in this matter and we do not represent Orange County, we respectfully request permission to withdraw as counsel for Orange County.

    Thank you.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Lisa Fleischmann
Attorney for Defendant YesCare

NEW YORK    NEW JERSEY    CONNECTICUT    CALIFORNIA