

200 SU[...]
TEL: 914.449.1000   FA[...]

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 97.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 5, 2025

December 5, 2025

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Ordonez Vargas v. Orange County et al.
      Case No.:       7:25-cv-00064-PMH
      KBR File No.:   973.002

Dear Judge Halpern:

We represent Defendant YesCare Corp. ("YesCare") in the above-referenced action.

I write respectfully to request permission to withdraw as counsel for Orange County. I, along with my colleagues Ari Lessa and Adi Halevi, uploaded Notices of Appearance on behalf of Orange County before YesCare was added to the action, and at a time when we anticipated that YesCare would be involved in the County's defense of this action as it pertained to the time period during which YesCare rendered medical services at the prison. Since we have determined our respective roles in this matter and we do not represent Orange County, we respectfully request permission to withdraw as counsel for Orange County.

Thank you.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Lisa Fleischmann
Attorney for Defendant YesCare

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA