

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 100.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 9, 2025

TEL: 914.449.1000

December 8, 2025

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  Ordonez Vargas v. Orange County et al.
     Case No.:      7:25-cv-00064-PMH
     KBR File No.:  973.002

Dear Judge Halpern:

We represent Defendant YesCare Corp. ("YesCare") in the above-referenced action.

I write respectfully to request permission to withdraw as counsel for Orange County. I, along with my colleagues Lisa Fleischmann and Ari Lessa, uploaded Notices of Appearance on behalf of Orange County before YesCare was added to the action, and at a time when we anticipated that YesCare would be involved in the County's defense of this action as it pertained to the time period during which YesCare rendered medical services at the prison. On December 5, 2025, this Court granted Lisa Fleishmann's request to withdraw as counsel for Orange County, as we have determined our respective roles in this matter and we do not represent Orange County. Accordingly, the undersigned along with Ari Lessa respectfully request permission to withdraw as counsel for Orange County.

Thank you.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

_/s/ Adi Halevi_

Adi Halevi
Attorney for Defendant YesCare

NEW YORK           NEW JERSEY           CONNECTICUT           CALIFORNIA