**AFFIDAVIT OF SERVICE**

State of TENNESSEE

County of DAVIDSON

I, the undersigned, being duly sworn, hereby affirm that::

1. My name is **Lynn E Slusher:**

2. I reside at **DAVIDSON county, NASHVILLE, TENNESSEE**

3. I am not a party to this action.

4. I am **over 18 years of age**

5. I am not related to the parties in this action by way of blood, adoption, marriage or Employment.

6. On, DECEMBER 4th, 2025, I served **ADAM F. HARRER on behalf of WELLPATH** located at 992 Davidson Dr Ste. B, DAVIDSON county, NASHVILLE, TENNESSEE 37209

7. The description of the receipt is as follows:
   a. Age: 50's
   b. Gender: X Male ___ Female
   c. Race: White
   d. Height: 6'0"
   e. Weight: 250 Lbs
   f. Hair Color: Dark Brown
   g. Glasses: X Yes ___ No

8. I completed service by:
   X **Delivering a true copy of the aforesaid documents personally: No personal connection with party served.** Second Amended Complaint, ECF rules, Judge Halpern's individual rules and Summons
   ___ **Depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope of a postal office or official depositary under the exclusive care and custody of the United States Postal Service.**

*Lynn E. Slusher*
**Signature of Process Server**

Lynn E Slusher
**Printed Name**