UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Marisol Ordonez Vargas, et al.** | |
| Plaintiffs | Case No. 25-cv-00064 |
| v. | Hon. Judge Philip M. Halpern |
| **Orange County et al.** | |
| Defendants. | **Motion to Withdraw** |

Professor Zal K. Shroff respectfully requests leave from the Court to withdraw his appearance as counsel for Plaintiffs. The reason for withdrawal is the conclusion of the Fall 2025 semester—which was the limited term of engagement agreed to with Plaintiffs and other counsel of record. Plaintiffs have been given notice of the withdrawal and will retain their representation by other listed counsel of record.

                Respectfully submitted,

                */s/ Zal K. Shroff*
                Zal K. Shroff

                Main Street Legal Services Inc.
                2 Court Square West
                Long Island City, NY 11101
                Zal.Shroff@law.cuny.edu
                T: (718) 340-4200
                F: (718) 340-4478

Dated: December 19, 2025