UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Marisol Ordonez Vargas, et al.** | |
| Plaintiffs | Case No. 25-cv-00064 |
| v. | Hon. Judge Philip M. Halpern |
| **Orange County et al.** | |
| Defendants. | **Motion to Withdraw** |

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 107.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 22, 2025

Professor Zal K. Shroff respectfully requests leave from the appearance as counsel for Plaintiffs. The reason for withdrawal is the conclusion of the semester—which was the limited term of engagement agreed to with Plaintiffs and counsel of record. Plaintiffs have been given notice of the withdrawal and will retain their representation by other listed counsel of record.

Respectfully submitted,

_/s/ Zal K. Shroff_
Zal K. Shroff

Main Street Legal Services Inc.
2 Court Square West
Long Island City, NY 11101
Zal.Shroff@law.cuny.edu
T: (718) 340-4200
F: (718) 340-4478

Dated: December 19, 2025