

January 13, 2026

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing

   **Re:**  **Ordonez-Vargas et al. v. Orange County et al., 25-cv-0064**

Your Honor:

  My firm, with co-counsel, represents Plaintiffs in the case above. I write pursuant to the Court's January 6, 2026 order for the parties to meet and confer regarding the claims alleged against two of the individual defendants, specifically Joseph Patrick Harkins and Jillian M. Barone and to file a letter by January 13, 2026 advising the Court that they have met and conferred and whether plaintiffs are withdrawing or pursuing the claims against the individual defendants.

  The parties had a productive meet and confer. Counsel for Defendants are investigating whether they can locate and disclose the relevant policies such that Plaintiffs can determine whether to withdraw claims against Joseph Patrick Harkins and Jillian M. Barone.

  The parties also discussed possible settlement. Counsel for Plaintiffs will send a global demand for each Plaintiff this week, and Counsel for Defendants will bring the demands to their clients.

              Respectfully submitted,

              /s/
              _____

              Elena L. Cohen
              Cohen&Green P.L.L.C.
              *Attorneys for Plaintiff*
              1639 Centre St., Suite 216
              Ridgewood, New York 11385