

January 27, 2026

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing

    Re:    Ordonez-Vargas et al. v. Orange County et al., 25-cv-0064

Your Honor:

    My firm, with co-counsel, represents Plaintiffs in the case above. I write pursuant to the Court's January 14, 2026 order (ECF No. 110) directing Plaintiffs to provide a status letter by January 27, 2026, updating the Court on whether Plaintiffs intend to withdraw or pursue claims against Defendants Joseph Patrick Harkins and Jillian M. Barone.

    Despite good faith discussions with Defendants' counsel, the parties were unable to agree on voluntary pre-answer discovery sought by Plaintiffs, and Plaintiffs are unwilling to dismiss their claims against the two aforementioned individual defendants at this time.

    The parties are also continuing to explore possible settlement. Counsel for Plaintiffs have not yet sent global demands for each Plaintiff, but endeavor to do so within the next couple weeks, and Counsel for Defendants will bring the demands to their clients.

    Respectfully submitted,

    /s/
    _____

Regina Yu
Cohen&Green P.L.L.C.
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385