

200 SUMMIT LAKE DRIVE, VALHALLA, NY 10595
TEL: 914.449.1000   FAX: 914.449.1100   WWW.KBRLAW.COM

LISA FLEISCHMANN
DIRECT: 914-449-1089
LFLEISCHMANN@KBRLAW.COM

February 18, 2026

**VIA CM/ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

Re:   Ordonez Vargas v. Orange County et al.
      Case No.:                     7:25-cv-00064-PMH
      KBR File No.:                 973.002

Dear Judge Halpern:

We represent Defendant YesCare Corp. ("YesCare") in the above-referenced action.  As Your Honor is aware, all Defendants are moving to dismiss the Second Amended Complaint, and have been ordered to submit a single, joint brief in support of the Defendants' motions. Our motions are due on Friday, February 20.

**I respectfully write, on behalf of all of the Defendants, to request permission to file a joint brief that does not exceed 35 pages**.  We are mindful of the Court's familiarity with the motion issues and understand why the Court is requiring a single brief.  We ask, however, for permission to file excess pages because although our arguments are in general agreement and turn on the same legal principles, some arguments require nuanced discussions from each respective Defendant's perspective.  We are working diligently to merge our sections into the joint brief, but would appreciate the flexibility of an additional ten pages.

Thank you for your consideration.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

Lisa Fleischmann, Esq.
Attorney for Defendant YesCare

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA