

February 18, 2026

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing

    Re:    **Ordonez-Vargas & Cruz v. Orange County et al., 25-cv-0064**

Your Honor:

    My firm, with co-counsel, represents Plaintiffs in the case above.

    I write in response to Defendants' letter today requesting permission to file a 35-page brief in support of their motion to dismiss the operative pleading (Dkt. 112). Plaintiffs were not consulted before Defendants filed this request, and Plaintiffs do not take a position. However, Plaintiffs request that if Your Honor grants Defendants' request, that Plaintiffs also be allowed to file a 35-page brief in opposition to the motion.

                                      Respectfully submitted,

                                      /s/
                                  _____

                                  Elena L. Cohen
                                  Cohen&Green P.L.L.C.
                                  *Attorneys for Plaintiff*
                                  1639 Centre St., Suite 216
                                  Ridgewood, New York 11385