UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEFANY CRUZ and MARISOL ORDONEZ VARGAS,**

               *Plaintiff,*

    *v.*

**ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; YESCARE CORP., JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,**

               *Defendants.*

**CERTIFICATE OF SERVICE**

Civil No.:
7:25-cv-00064-PMH

I, Paul A. Sanders, certify, as counsel for Defendants New York Correct Care Solutions Medical Services, P.C., Joseph Patrick Harkins, Teneshia Washington, RN, Jillian M. Barone, RN, Mandi Lee Zaccagnino, N.P. and Dr. Dominick Piacente, that on February 20, 2026, I caused a true and correct copy of the foregoing Notice of Motion to Dismiss the Second Amended Complaint, my Attorney Declaration with attached exhibits and Memorandum of Law, to be served upon Elena L. Cohen, Esq., attorneys for the plaintiff, by electronic mail and by first class mail addressed as follows: Elena L. Cohen, Esq., Cohen & Green, P.L.L.C., 1639 Centre St., Suite 216, Ridgewood (Queens), NY 11385.

**DATED:** February 20, 2026  **BARCLAY DAMON LLP**

By: _s/ Paul A. Sanders_
    Paul A. Sanders

*Attorneys for Defendants*
*New York Correct Care Solutions Medical Services, P.C., Joseph Patrick Harkins, Teneshia Washington, RN, Jillian M. Barone, RN, Mandi Lee Zaccagnino, N.P. and Dr. Dominick Piacente*
Office and Post Office Address
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Tel: (585) 295-4426
Email: psanders@barclaydamon.com