UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEFANY CRUZ AND MARISOL ORDONEZ VARGAS,

                      Plaintiffs,                Case No. 25-cv-00064 (PMH)

        -against-

ORANGE COUNTY (New York); WELLPATH, LLC;      AFFIDAVIT OF SERVICE
NEW YORK CORRECT CARE SOLUTIONS MEDICAL
SERVICES, PC; MATTHEW J. DUNDON, Trustee of
Wellpath Holdings, Inc. Liquidating Trust; WELLPATH
NY LLC; YESCARE CORP; JOSEPH PATRICK
HARKINS; TENESHIA WASHINGTON, RN; JILLIAN
M. BARONE, RN; MANDI LEE SACCAGNINO, NP;
DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,

                      Defendants.
-------------------------------------------------------------X
STATE OF NEW YORK:
                ss:
COUNTY OF ORANGE:

      Christine Taliercio, being sworn says: I am not a party to the action, am over 18 years of age and reside in Port Jervis, New York. On February 20, 2026, I served a true copy of the annexed **Notice of Motion, Declaration in Support of Motion with Exhibits and Memorandum of Law in Support of Motion**, by mailing the same by email to the last known address of the addressee(s) as indicated below:

elenacohenesq@gmail.com
gideon@gideonlaw.com
remy@femmelaw.com
regina@femmelaw.com

                                                        _____
                                                        CHRISTINE TALIERCIO

Sworn to before me this
20th day of February 2026

_____
Notary Public

VIRGINIA L ESPOSITO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ES4746818
Qualified in Ulster County
My Commission Expires 9/30/29