UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEFANY CRUZ and MARISOL ORDONEZ VARGAS,**

               *Plaintiff,*

     v.

**ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; YESCARE CORP., JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,**

               *Defendants.*

**CERTIFICATE OF SERVICE**

Civil No.:
7:25-cv-00064-PMH

I, Lisa Fleischmann, certify, as counsel for Defendant YesCare, Inc., that on February 20, 2026, I caused a true and correct copy of the Notice of Motion to Dismiss the Second Amended Complaint, the Declaration of Paul A. Sanders, Esq., with attached exhibits, and the Memorandum of law, to be served upon Elena L. Cohen, Esq., attorneys for the plaintiffs by electronic mail addressed as follows: Elena L. Cohen, elena@femmelaw.com; Regina Yu, regina@femmelaw.com; Remy Green, at remy@femmelaw.com; and Gideon Orion Silver, gideon@gideonlaw.com.

Dated:  February 25, 2026

**KAUFMAN BORGEEST & RYAN LLP**

By: /s/ Lisa Fleischmann
      Lisa Fleischmann
*Attorneys for Defendant YesCare Corp.*
200 Summit Lake Drive
Valhalla, New York 10595
Telephone:  (914) 449-1089
Email:  lfleischmann@kbrlaw.com