

March 17, 2026

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

Re:    <u>Ordonez-Vargas v. Orange County et al.</u>, 25-cv-0064

Dear Judge Halpern:

My firm, with co-counsel, represents Plaintiffs in the case above. As Your Honor is aware, Plaintiffs are preparing a single, consolidated brief in response to three groups of Defendants' motions to dismiss.

**I write to respectfully request the Court allow 35 pages to respond to Defendants' motions — the same number of pages the Court eventually expanded Defendants' brief to allow.** The YesCare and County Defendants have indicated they do not oppose; the Wellpath Defendants take no position.

Much like Defendants' motion at ECF No. 112 (granted at ECF No. 114), Plaintiffs are mindful of the Court's prior directions on pages, but the process of drafting has revealed that Plaintiffs' "arguments require nuanced discussions" that respond not generally, but specifically to "each respective Defendant's perspective." ECF No. 112. Additionally, beyond making a number of nuanced arguments, we note that Defendants did not include a statement of facts in their 30-page[1] brief, opting instead to incorporate the complaint by reference. I do not mean to suggest this is improper in any way, but it does mean Plaintiffs must spend more pages describing the facts than they otherwise might. Likewise, as is often true, discussing the nuance and contextual meaning of a case quotation can take more space than simply citing the language.

Accordingly, similar to the Court's initial denial of Defendants' motion for more pages, followed by a grant when Defendants asked with more detail, Plaintiffs ask the Court to grant them more pages to respond now that they have worked meaningfully on the opposition, and confirmed that while they are "working diligently" to keep pages down, they "would appreciate the flexibility of an additional ten pages." ECF No. 112.

As always, I thank the Court for its continued time and attention.

---

[1] Defendants' brief came in under the limit the Court granted — Plaintiffs are hopeful they will be able to do the same.



Respectfully submitted,

_____/s/_____
J. Remy Green
    *Honorific/Pronouns: Mx., they/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

Enclosures.

cc:
All relevant parties by electronic filing.

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com