

**KAUFMAN BORGEEST & RYAN LLP**

200 SUM   TEL: 914.449.1000   FA

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 120.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> April 21, 2026

April 21, 2026

**VIA CM/ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

Re:   Ordonez Vargas v. Orange County et al.
      Case No.:              7:25-cv-00064-PMH
      KBR File No.:           973.002

Dear Judge Halpern:

We represent Defendant YesCare Corp. ("YesCare") in the above-referenced action.  As Your Honor is aware, all Defendants are moving to dismiss the Second Amended Complaint, and have been ordered to submit a joint papers.  Our reply brief is due on Friday, April 24, 2026.

**I respectfully write, on behalf of all of the Defendants, to request permission to file a joint brief that does not exceed 5000 words, or 1500 words beyond the limit.**  Local Civil Rule 7.1(c); Rule 4.H.ii of this Court's Individual Practices Civil Cases.  As with our opening memorandum of law, defense counsel have tried to consolidate their arguments where we can, but we each have to address nuances individual to our clients.  Plaintiffs' counsel have no objection to our request.  Therefore, we would appreciate it if the Court were to extend our word limit to 5000.

Thank you for your consideration.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

Lisa Fleischmann, Esq.
Attorney for Defendant YesCare