UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEFANY CRUZ and MARISOL ORDONEZ VARGAS,**

*Plaintiff,*

*v.*

**ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; YESCARE CORP., JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,**

*Defendants.*

**NOTICE OF MOTION**

Civil No.:
7:25-cv-00064-PMH

**PLEASE TAKE NOTICE:**

**MOTION BY:**

**KAUFMAN BORGEEST & RYAN, LLP**
*Attorneys for Defendant*
*YesCare Corp.*
200 Summit Lake Drive
Valhalla, New York 10595
Telephone:   (914) 449-1089
Email:  lfleischmann@kbrlaw.com

**DATE, TIME AND PLACE OF HEARING:**

Hon. Philip M. Halpern
United States District Judge
_____, 2026 at _____ a.m./p.m.
The Hon. Charles L. Brieant Jr.
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

50146038.1

11782427

**SUPPORTING PAPERS:**            Attorney Declaration of Paul A. Sanders, Esq. dated February 20, 2026 and Defendants' Joint Memorandum of Law dated February 20, 226.

**RELIEF DEMANDED:**              An order, pursuant to Fed. R. Civ. P. Rule 12(b)(6), dismissing Plaintiff's Second Amended Complaint, in its entirety with prejudice, and granting such other and further relief as the Court deems just and proper.

**GROUNDS FOR RELIEF:**           Plaintiff's Complaint fails to state a cause of action upon which relief can be granted, pursuant to Fed. R. Civ. P. Rule 12(b)(6), as against moving Defendants

**DEMAND FOR ANSWERING PAPERS:**  The opposing party shall serve responding papers on or before March 20, 2024, and the moving party shall serve reply papers on or before April 24, 2026.  All papers shall be filed on the reply date.

Failure to respond to this motion may result in dismissal of the Complaint and termination of this action.

**DATED:**      February 20, 2026          KAUFMAN BORGEEST & RYAN LLP

By:   /s/ *Lisa Fleischmann*
        Lisa Fleischmann, Esq.

*Attorneys for Defendant*
*YesCare Corp.*
200 Summit Lake Drive
Valhalla, New York 10595
Telephone:   (914) 449-1089
Email:  lfleischmann@kbrlaw.com

50146038.1

11782427