UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANY CRUZ and MARISOL ORDONEZ
VARGAS,

                *Plaintiff,*

      *v.*

ORANGE COUNTY (New York); WELLPATH,
LLC (Formerly Known As CORRECT CARE
SOLUTIONS MEDICAL SERVICES PC and/or
NEW YORK CORRECT CARE SOLUTIONS
MEDICAL SERVICES, PC); MATTHEW J.
DUNDON, Trustee of Wellpath Holdings, Inc.
Liquidating Trust; WELLPATH NY LLC;
YESCARE CORP., JOSEPH PATRICK
HARKINS; TENESHIA WASHINGTON, RN;
JILLIAN M BARONE, RN; MANDI LEE
ZACCAGNINO, NP; DOMINICK PIACENTE;
AND DOE DEFENDANTS 1-4,

                *Defendants.*

**DECLARATION OF LISA
E. FLEISCHMANN**

Civil No.:
7:25-cv-00064-PMH

      **LISA E. FLEISCHMANN, ESQ.** declares the following under penalty of perjury:

    1.      I am an attorney duly licensed to practice law before the courts of the State of New York and this Court.  I am Appellate Counsel to the law firm of Kaufman, Borgeest & Ryan, LLP, attorneys for Defendant YESCARE CORP. ("YesCare").

    2.      This Declaration is respectfully submitted in support of the Defendants' joint motion to dismiss Plaintiff's Second Amended Complaint in its entirety, with prejudice, for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).

    3.      On February 20, 2026, the Defendants served Plaintiffs, by email, with their notices of Motion to Dismiss the Second Amended Complaint, a Joint Defense Memorandum of Law in Support of that Motion, and the Declaration of Paul A. Sanders, submitting exhibits.

4.      On April 24, 2026, these documents were uploaded on the CM/ECF system, as were the Defendants' Joint Reply Memorandum of Law in further support of the motion to dismiss the Second Amended Complaint.

5.      By this Declaration, YesCare incorporates and adopts all documents served and filed in support of/reply to the Defendants' Joint Motion to Dismiss the Second Amended Complaint.

**WHEREFORE,** Defendants respectfully request that the Court grant their motion to dismiss Plaintiff's Complaint in its entirety, and for such other and further relief the Court shall deem just and proper.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Valhalla, New York
          April 24, 2026                                          *s/ Lisa E. Fleischmann*

                                                                        Lisa E. Fleischmann.