UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STEFANY CRUZ AND MARISOL ORDONEZ
VARGAS,

                    Plaintiffs,                           Case No. 25-cv-00064 (PMH)

        -against-

ORANGE COUNTY (New York); WELLPATH, LLC;
NEW YORK CORRECT CARE SOLUTIONS MEDICAL
SERVICES, PC; MATTHEW J. DUNDON, Trustee of
Wellpath Holdings, Inc. Liquidating Trust; WELLPATH        **NOTICE OF MOTION**
NY LLC; YESCARE CORP; JOSEPH PATRICK
HARKINS; TENESHIA WASHINGTON, RN; JILLIAN
M. BARONE, RN; MANDI LEE SACCAGNINO, NP;
DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,

                    Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the Declaration of Paul A. Sanders, Esq., dated

February 20, 2026, all exhibits attached thereto, and the Defendants' Joint Memorandum of Law,

dated February 20, 2026, and upon all the pleadings and proceedings heretofore had herein, the

undersigned, attorney for Defendant ORANGE COUNTY (New York) (the "County"), will move

this Court before the Honorable Philip M. Halpern, at the United States Courthouse, Southern

District of New York, 300 Quarropas Street, White Plains, New York, for an order dismissing the

Second Amended Complaint, in its entirety, with prejudice, as against the County (and moving

defendants) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state

a claim upon which relief can be granted, and for such other and further relief as to this Court may

seem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the briefing schedule set by this

Court on January 6, 2026, Plaintiffs' opposition papers must be served on or before March 20,

2026, and all moving papers including Defendants' reply are to be served and filed on or before

April 24, 2026. Plaintiffs' failure to respond to this motion may result in dismissal of the complaint and termination of this action.

Dated:  Goshen, New York
        February 20, 2026

                                        /s/ DANTE D. DE LEO

                                        _____

                                        DANTE D. DE LEO
                                        Assistant County Attorney
                                        RICHARD B. GOLDEN
                                        Orange County Attorney
                                        *Attorneys for Orange County (New York)*
                                        Orange County Government Center
                                        255-275 Main Street
                                        Goshen, New York 10924
                                        (845) 291-3150
                                        ddeleo@orangecountygov.com

TO:     Elena L. Cohen, Esq.
        Cohen & Green PLLC
        *Attorneys for Plaintiffs*
        1639 Centre St., Suite 216
        Ridgewood, New York 11385
        elenacohenesq@gmail.com