UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEFANY CRUZ AND MARISOL ORDONEZ
VARGAS,

                Plaintiffs,                          Case No. 25-cv-00064 (PMH)

       -against-

ORANGE COUNTY (New York); WELLPATH, LLC;
NEW YORK CORRECT CARE SOLUTIONS MEDICAL
SERVICES, PC; MATTHEW J. DUNDON, Trustee of
Wellpath Holdings, Inc. Liquidating Trust; WELLPATH      **DECLARATION**
NY LLC; YESCARE CORP; JOSEPH PATRICK
HARKINS; TENESHIA WASHINGTON, RN; JILLIAN
M. BARONE, RN; MANDI LEE SACCAGNINO, NP;
DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,

                Defendants.
------------------------------------------------------------------X

      **DANTE D. DE LEO, ESQ.**, hereby declares under penalty of perjury:

      1.  I am an attorney duly licensed to practice law before the courts of the State of New York and this Court. I am an Assistant County Attorney employed by the Office of the County Attorney for Orange County, New York, attorneys for Defendant Orange County (the "County").

      2.  This Declaration is respectfully submitted in support of the County's and moving Defendants' joint motion to dismiss Plaintiffs' Second Amended Complaint in its entirety, with prejudice, for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

      3.  On February 20, 2026, the Defendants served Plaintiffs, by email, with their notices of Motion to Dismiss the Second Amended Complaint, a Joint Defense Memorandum of Law in Support of that Motion, and the Declaration of Paul A. Sanders, with exhibits. *See* Affidavit of Service (Doc. No. 116).

      4.  On April 24, 2026, these documents were uploaded on the CM/ECF system, as were

the Defendants' Joint Reply Memorandum of Law in further support of the motion to dismiss the Second Amended Complaint.

5.   By this Declaration, the County fully incorporates and adopts all documents served and filed in support of the Defendants' Joint Motion to Dismiss the Second Amended Complaint, including the Joint Memorandum of Law (Doc. No. 123), the Joint Reply Memorandum of Law (Doc. No. 124), and the Declaration of Paul A. Sanders dated February 20, 2026, with all exhibits attached thereto.

6.   One courtesy copy of all moving papers is being mailed to Chambers in accordance with the Court's Individual Rules on behalf of all moving Defendants.

7.   Pursuant to the Court's directive at the January 6, 2026 conference, Plaintiffs were directed to file own their opposition brief on or before April 24, 2026.

**WHEREFORE,** the County respectfully requests that the Court grant Defendants' motion to dismiss Plaintiffs' Second Amended Complaint in its entirety, with prejudice.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Goshen, New York
    April 24, 2026                    */s/ DANTE D. DE LEO*

_____

DANTE D. DE LEO
Assistant County Attorney
RICHARD B. GOLDEN
Orange County Attorney
*Attorneys for Orange County (New York)*
Orange County Government Center
255-275 Main Street
Goshen, New York 10924
(845) 291-3150
ddeleo@orangecountygov.com

2