UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**STEFANY CRUZ and MARISOL ORDONEZ VARGAS,**

*Plaintiff,*

*v.*

**ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; YESCARE CORP., JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,**

*Defendants.*

**NOTICE OF MOTION**

Civil No.: 7:25-cv-00064-PMH

---

**PLEASE TAKE NOTICE:**

**MOTION BY:**

**BARCLAY DAMON, LLP**
*Attorneys for Defendants*
*New York Correct Care Solutions Medical Services, P.C., Joseph Patrick Harkins, Teneshia Washington, RN, Jillian M. Barone, RN, Mandi Lee Zaccagnino, N.P. and Dr. Dominick Piacente*
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Telephone:   (585) 295-4426
Email:  psanders@barclaydamon.com

**DATE, TIME AND PLACE OF HEARING:**

Hon. Philip M. Halpern
United States District Judge
_____, 2026 at _____ a.m./p.m.
The Hon. Charles L. Brieant Jr.
United States Courthouse

50146038.1

300 Quarropas St.
White Plains, NY 10601-4150

**SUPPORTING PAPERS:** Attorney Declaration of Paul A. Sanders, Esq. dated February 20, 2026 with attached exhibits and Defendants' Joint Memorandum of Law dated February 20, 2026, Plaintiffs' Opposition dated March, 20, 2026, Declaration of Paul A. Sanders dated April 24, 2026, and Defendants' Joint Reply dated April 24, 2026.

**RELIEF DEMANDED:** An order, pursuant to Fed. R. Civ. P. Rule 12(b)(6), dismissing Plaintiff's Second Amended Complaint, in its entirety with prejudice, and granting such other and further relief as the Court deems just and proper.

**GROUNDS FOR RELIEF:** Plaintiff's Complaint fails to state a cause of action upon which relief can be granted, pursuant to Fed. R. Civ. P. Rule 12(b)(6), as against moving Defendants

**DEMAND FOR ANSWERING PAPERS:** The opposing party shall serve responding papers on or before March 20, 2024, and the moving party shall serve reply papers on or before April 24, 2026. All papers shall be filed on the reply date.

Failure to respond to this motion may result in dismissal of the Complaint and termination of this action.

2

50146038.1

**DATED:**      April 24, 2026              **BARCLAY DAMON LLP**

By:   /s/ *Paul A. Sanders*
              Paul A. Sanders, Esq.
*Attorneys for Defendants*
*New York Correct Care Solutions Medical*
*Services, P.C., Joseph Patrick Harkins,*
*Teneshia Washington, RN, Jillian M. Barone,*
*RN, Mandi Lee Zaccagnino, N.P. and Dr.*
*Dominick Piacente*
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Telephone:   (585) 295-4426
Email:  psanders@barclaydamon.com

50146038.1