# EXHIBIT A

🕐 10/12/2023 5:30 PM          Fax Services          → Orange County Correctional - ICE Acct          pg 1 of 1

 **Preventive Diagnostics**

Phone:  800-749-9729

FAX:  888-511-9318

## PATIENT REPORT

**PATIENT NAME:**  Ordonez Vargas, Oswaldo Jose
**DATE OF BIRTH:**  11/01/1981
**FACILITY:**  Orange County Correctional - ICE Acct
**ROOM #:**  N/A

**DATE OF SERVICE:**  10/12/2023
**REFERRING PHY. :**  Piacente, Dominick
**TECHNOLOGIST:**  James Barry
**INTERPRETING COMPANY:**  Meridian

**Results Document ID:**  991825

**PROCEDURE:**  70160 - EXAM, NASAL BONES, COMPLETE, MINIMUM, 3 VIEWS

**FINDINGS :**  Correlative Films Provided:
FINDINGS:

There is acute fracture of the mid nasal bone noted. There is no focal bone lesion. Alignment is anatomic. There is no soft tissue swelling or foreign body identified.

**IMPRESSIONS:**  IMPRESSION:
Acute fracture of the mid nasal bone is seen.

**INTERPRETING DOCTOR:**  Jeremy  Havas  DO

**ELECTRONICALLY SIGNED :**  Jeremy  Havas  DO Thu, Oct 12, 2023 16:14:56 EDT

 ## Meridian is Accredited by The Joint Commission

*Follow up c̄ provider*

*10/16/23*

**12 Spencer St Brooklyn, NY 11205**

Page 1 of 1