# EXHIBIT B

**Orange County Correctional Facility, NY**
**Orange County Correctional Fac**
**110 Wells Farm Road**
**Goshen , NY10924**

**Provider Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| OSWALDO JOSE ORDONEZ VARGAS | 202300799 | 2023-01688 | 11/1/1981 | 10/12/2023 |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 10-06-2023 | Allergy Items | Ketorolac | Rash<br>Swelling of the Lips<br>Swelling of the Tongue |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 10-12-2023 | Chronic | Opthal | Low vision, right eye, normal vision left eye | Mandi Lee Zaccagnino |
| 10-12-2023 | Acute | Injury | Fracture of nasal bones, sequela | Mandi Lee Zaccagnino |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| ibuprofen 600 mg tablet | 1.00 tablet | Orange Co Facility: BID AM & HS | 10/7/2023 11:40:00 AM | 11/6/2023 11:39:00 AM |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**    ⦿ *Free Text* ○ **SOAPE**

Added 10/12/2023 11:24 AM EST by MZaccagnino Nurse Practitioner

*H&P completed on individual today. He states that he was in a MVA on 9/17/2023 and was elevated at a hospital in NY where he was dx with nasal fracture. He then followed with a provider after in NY and was scheduled for surgery on 10/5/2023 for his nasal fracture. Individual does not recall what town, provider or hospital he was elevated at. He states that all the information is in his cellphone. He also states that his friends might have the information but he has not been able to contact them. Will obtain nasal XRAY here until further information can be gathered and ROI can be signed for records.*

| Form Folder and Number:<br>Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation:<br>All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|