UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**STEFANY CRUZ and MARISOL ORDONEZ VARGAS,**

*Plaintiff,*

*v.*

**ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; YESCARE CORP., JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,**

*Defendants.*

---

**ATTORNEY DECLARATION OF PAUL A. SANDERS**

Civil No.: 7:25-cv-00064-PMH

---

**PAUL A. SANDERS, ESQ.** declares the following under penalty of perjury:

1.      I am an attorney duly licensed to practice law before the courts of the State of New York and this Court.  I am partner with the law firm of Barclay Damon LLP, attorneys for Defendants New York Correct Care Solutions Medical Services, P.C., Joseph Patrick Harkins, Teneshia Washington, RN, Jillian M. Barone, RN, Mandi Lee Zaccagnino, N.P. and Dr. Dominick Piacente (collectively "NYCCS Defendants").

2.      This Declaration is respectfully submitted in support of all Defendants joint motion to dismiss Plaintiff's Second Amended Complaint in its entirety, with prejudice, for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).

3.      On February 20, 2026, the Defendants served Plaintiffs, by email, with their notices

of Motion to Dismiss the Second Amended Complaint, a Joint Defense Memorandum of Law in Support of that Motion, and the Declaration of Paul A. Sanders, submitting exhibits.

4.      On April 24, 2026, these documents were uploaded on the CM/ECF system, as were the Defendants' Joint Reply Memorandum of Law in further support of the motion to dismiss the Second Amended Complaint.

5.      By this Declaration, NYCCS Defendants incorporate and adopt all documents served and filed in support of/reply to the Defendants' Joint Motion to Dismiss the Second Amended Complaint.

**WHEREFORE,** Defendants respectfully request that the Court grant their motion to dismiss Plaintiff's Complaint in its entirety, and for such other and further relief the Court shall deem just and proper.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**DATED:**      April 24, 2026                                              *s/ Paul A. Sanders*
                                                                                        Paul A. Sanders, Esq.

2

50537990.1