UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**STEFANY CRUZ and MARISOL ORDONEZ VARGAS,**

        *Plaintiff,*

    *v.*

**ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; YESCARE CORP., JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,**

        *Defendants.*

---

**CERTIFICATE OF SERVICE**

Civil No.:
7:25-cv-00064-PMH

---

I, Lisa Fleischmann, certify, as counsel for Defendant YesCare, Inc., that on April 24, 2026, I caused a true and correct copy of the Defendants' Joint Reply Memorandum of Law to be served upon Plaintiffs' counsel:  Elena L. Cohen, Regina Yu, Remy Green, and Gideon Orion Silver, using the electronic CM/ECF filing system.

Dated:  April 24, 2026

**KAUFMAN BORGEEST & RYAN LLP**

By:  /s/ Lisa Fleischmann
     Lisa Fleischmann
*Attorneys for Defendant*
*YesCare Corp.*
200 Summit Lake Drive
Valhalla, New York 10595
Telephone:   (914) 449-1089
Email:  lfleischmann@kbrlaw.com

50146038.1

11782427