

200 SUMMIT LAKE DRIVE, VALHALLA, NY 10595
TEL: 914.449.1000    FAX: 914.449.1100    WWW.KBRLAW.COM

LISA FLEISCHMANN
DIRECT: 914-449-1089
LFLEISCHMANN@KBRLAW.COM

April 27, 2026

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    Ordonez Vargas v. Orange County, et al.
       Case No.:      7:25-cv-00064-PMH
       KBR File No.:  973.002

Dear Judge Halpern:

I write on behalf of myself, Ari Lessa, and Adi Halevi. We are all counsel with the law firm of Kaufman Borgeest & Ryan, LLP, and represent Defendant YesCare Corp., Inc.

For reasons completely unrelated to this matter, Kaufman Borgeest & Ryan can no longer represent YesCare. Accordingly, we respectfully ask this Court's permission to withdraw as counsel. If the Court prefers, Ms. Halevi and Mr. Lessa can file separate applications to withdraw.

Moreover, we ask that the Court grant a 60-day stay of the proceedings to permit YesCare to retain new counsel. We have advised YesCare that it must retain counsel in this matter. We, along with the other defendants, just finished briefing the joint defense motion to dismiss the Second Amended Complaint, and we therefore expect that the Court will soon hear argument on the motions.

Thank you.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Lisa Fleischmann

cc:    All Counsel (via CM/ECF)
      Jennifer Finger (service via email at YesCare)
      Thomas Smith (service via email at Sigma Risk Management)