UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEFANY CRUZ and MARISOL ORDONEZ VARGAS,**

*Plaintiff,*

*v.*

**ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; YESCARE CORP., JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,**

*Defendants.*

**NOTICE OF MOTION**

Civil No.:
7:25-cv-00064-PMH

**PLEASE TAKE NOTICE:**

**MOTION BY:**

**KAUFMAN BORGEEST & RYAN, LLP**
*Attorneys for Defendant*
*YesCare Corp.*
200 Summit Lake Drive
Valhalla, New York 10595
Telephone:   (914) 449-1089
Email:  lfleischmann@kbrlaw.com

**DATE, TIME AND PLACE OF HEARING:**

Hon. Philip M. Halpern
United States District Judge
May 19, 2026 at _____ a.m./p.m.
The Hon. Charles L. Brieant Jr.
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

50146038.1

**SUPPORTING PAPERS:**         Attorney Declaration of Lisa E. Fleischmann, Esq. dated April 28, 2026.

**RELIEF DEMANDED:**           An order, (1) pursuant to Local Civil Rule 1.4(b), permitting Lisa E. Fleischmann, Ari Oronzo Lessa, and Adi Halevi, all of Kaufman Borgeest & Ryan LLP, to withdraw as counsel for Defendant YesCare; (2) granting YesCare a 60-day stay of proceedings to allow YesCare to retain new counsel; and (3) granting such other and further relief as the Court deems just and proper.

**GROUNDS FOR RELIEF:**        Counsel cannot continue to represent YesCare because of an irreparable breakdown in communications.

**DEMAND FOR ANSWERING PAPERS:**   The opposing party shall serve responding papers on or before May 12, 2026, and the moving party shall serve reply papers on or before May 18, 2026.  All papers shall be filed on the reply date.

**DATED:**      April 28, 2026         KAUFMAN BORGEEST & RYAN LLP

By:   /s/ *Lisa Fleischmann*
Lisa Fleischmann, Esq.

*Attorneys for Defendant*
*YesCare Corp.*
200 Summit Lake Drive
Valhalla, New York 10595
Telephone:  (914) 449-1089
Email:  lfleischmann@kbrlaw.com

50146038.1