UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANY CRUZ and MARISOL ORDONEZ
VARGAS**,**

        *Plaintiff,*

    *v.*

ORANGE COUNTY (New York); WELLPATH,
LLC (Formerly Known As CORRECT CARE
SOLUTIONS MEDICAL SERVICES PC and/or
NEW YORK CORRECT CARE SOLUTIONS
MEDICAL SERVICES, PC); MATTHEW J.
DUNDON, Trustee of Wellpath Holdings, Inc.
Liquidating Trust; WELLPATH NY LLC;
YESCARE CORP., JOSEPH PATRICK HARKINS;
TENESHIA WASHINGTON, RN; JILLIAN M
BARONE, RN; MANDI LEE ZACCAGNINO, NP;
DOMINICK PIACENTE; AND DOE
DEFENDANTS 1-4**,**

        *Defendants.*

**DECLARATION OF LISA
E. FLEISCHMANN**

Civil No.:
7:25-cv-00064-PMH

**LISA E. FLEISCHMANN, ESQ.** declares the following under penalty of perjury:

1.     I am an attorney duly licensed to practice law before the courts of the State of New York and this Court.  I am Appellate Counsel to the law firm of Kaufman, Borgeest & Ryan, LLP, attorneys for Defendant YESCARE CORP. ("YesCare").

2.     This Declaration is respectfully submitted in support of the application, pursuant to Local Rule 1.4(b), of the undersigned, Ari Oronzo Lessa, and Adi Halevi, all of the law firm Kaufman Borgeest & Ryan LLP, to be relieved as counsel for Defendant YesCare, and for a 60-day stay of proceedings following this Court's Order of withdrawal, to permit YesCare to retain new counsel.

1

11930533

3.    In October 2025, the undersigned, Mr. Lessa, and Ms. Halevi each uploaded Notices of Appearance as counsel for YesCare (**Dkt. Nos. 60, 61, & 67**).

4.    We subsequently worked with counsel for the co-Defendants to draft a joint motion to dismiss the Second Amended Complaint pursuant to Rule 12(b)(6).  After the main moving papers were served on Plaintiffs' counsel, our communications with YesCare began to breakdown and are now in an irreconcilable state.  We advised YesCare that once the joint Motion to Dismiss the Second Amended Complaint was fully submitted, we would seek permission from the Court to withdraw as YesCare's counsel.  On April 24, 2025 YesCare and the co-Defendants filed all components of the motion to dismiss and served the reply papers on Plaintiff's counsel.

5.    Now, we respectfully request this Court's permission for the undersigned, Mr. Lessa, and Ms. Halevi to withdraw as YesCare's counsel.  Should the Court require any further explanation, we would be happy to discuss our reasons for needing to withdraw, which are completely unrelated to the claims before this Court, in camera.  Kaufman Borgeest & Ryan LLP is not asserting a retaining or charging lien against YesCare.

6.    Our withdrawal as counsel will not prejudice YesCare.  We have independently notified it that we can no longer represent YesCare.  YesCare has been served with this motion, and to protect their interests, we have asked this Court to issue a 60-day stay of proceedings to give it time to retain new counsel.

**WHEREFORE,** Lisa E. Fleischmann, Ari Oronzo Lessa, and Adi Halevi respectfully request that the Court grant their motion, pursuant to Local Rule 1.4(b), to withdraw from representing YesCare; grant a 60-day stay of proceedings to permit YesCare to retain new counsel; and grant such other and further relief as this Court deems just and proper.

2

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Valhalla, New York
        April 28, 2026                                          *s/ Lisa E. Fleischmann*

                                                        Lisa E. Fleischmann

11930533