UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEFANY CRUZ and MARISOL ORDONEZ VARGAS,**

*Plaintiff,*

*v.*

**ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; YESCARE CORP., JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,**

*Defendants.*

**CERTIFICATE OF SERVICE**

Civil No.:
7:25-cv-00064-PMH

I, Lisa E. Fleischmann, certify, as counsel for Defendant YesCare, Inc., that on April 28, 2026, I caused a true and correct copy of the motion, pursuant to Local Rule 1.4(b), by Lisa E. Fleischmann, Ari Oronzo Lessa, and Adi Halevi to withdraw as counsel for YesCare and for a 60-day stay of proceedings by depositing a true copy thereof in a properly addressed envelope under the exclusive care and custody of U.S. Postal Service on the following individuals, who have not filed Notices of Appearance in this matter, and by emailing a true copy thereof to their email addresses, designated below:

Jennifer Finger, General Counsel
YesCare
205 Powell Place
Brentwood, TN 37027

Thomas Smith, Sr. Professional Liability
Litigation Manager
Sigma Risk Management
250 Greenwich Street, 46th Floor
New York, NY 10006

Jennifer.Finger@Yescarecorp.com

Thomas.Smith@SigmaRM.org

Moreover, I hereby certify that service has been made on Plaintiffs' counsel: Elena L. Cohen, Regina Yu, Remy Green, and Gideon Orion Silver; counsel for Defendant Orange County, Dante

50146038.1

11782427

DeLeo and Lisa Morgillo; and counsel for New York Correct Care Solutions Medical Services, P.C., Paul Andrew Sanders, using the electronic CM/ECF filing system.

Dated:  April 28, 2026                                **KAUFMAN BORGEEST & RYAN LLP**


By:  /s/ Lisa E. Fleischmann
        Lisa E. Fleischmann
*Attorneys for Defendant*
*YesCare Corp.*
200 Summit Lake Drive
Valhalla, New York 10595
Telephone:   (914) 449-1089
Email:  lfleischmann@kbrlaw.com

50146038.1

11782427