UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANY CRUZ and MARISOL ORDONEZ
VARGAS,

                    *Plaintiff,*

        v.

ORANGE COUNTY (New York); WELLPATH,
LLC (Formerly Known As CORRECT CARE
SOLUTIONS MEDICAL SERVICES PC and/or
NEW YORK CORRECT CARE SOLUTIONS
MEDICAL SERVICES, PC); MATTHEW J.
DUNDON, Trustee of Wellpath Holdings, Inc.
Liquidating Trust; WELLPATH NY LLC;
YESCARE CORP., JOSEPH PATRICK
HARKINS; TENESHIA WASHINGTON, RN;
JILLIAN M BARONE, RN; MANDI LEE
ZACCAGNINO, NP; DOMINICK PIACENTE;
AND DOE DEFENDANTS 1-4,

                    *Defendants.*

**NOTICE OF MOTION**

Civil No.:
7:25-cv-00064-PMH

**PLEASE TAKE NOTICE:**

**MOTION BY:**                                                                  EST & RYAN, LLP

Lisa E. Fleischmann, Ari Oronzo Lessa, and Adi Halevi's motion to withdraw as counsel is granted in part. Counsels' request to withdraw is granted, but the Court grants a thirty-day stay of this action for Defendant YesCare Corp. to retain new counsel.

The Clerk of Court is respectfully requested to terminate Lisa E. Fleschmann, Ari Oronzo Lessa, and Adi Halevi as counsel of record in this matter and terminate the motion pending at Doc. 135.

**DATE, TIME**

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            April 29, 2026

50146038.1

**SUPPORTING PAPERS:**                          Attorney Declaration of Lisa E. Fleischmann, Esq. dated April 28, 2026.

**RELIEF DEMANDED:**                                An order, (1) pursuant to Local Civil Rule 1.4(b), permitting Lisa E. Fleischmann, Ari Oronzo Lessa, and Adi Halevi, all of Kaufman Borgeest & Ryan LLP, to withdraw as counsel for Defendant YesCare; (2) granting YesCare a 60-day stay of proceedings to allow YesCare to retain new counsel; and (3) granting such other and further relief as the Court deems just and proper.

**GROUNDS FOR RELIEF:**                           Counsel cannot continue to represent YesCare because of an irreparable breakdown in communications.

**DEMAND FOR ANSWERING PAPERS:**     The opposing party shall serve responding papers on or before May 12, 2026, and the moving party shall serve reply papers on or before May 18, 2026.  All papers shall be filed on the reply date.

**DATED:**       April 28, 2026            KAUFMAN BORGEEST & RYAN LLP

By:   /s/ *Lisa Fleischmann*
       Lisa Fleischmann, Esq.

*Attorneys for Defendant*
*YesCare Corp.*
200 Summit Lake Drive
Valhalla, New York 10595
Telephone:  (914) 449-1089
Email:  lfleischmann@kbrlaw.com

50146038.1