# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

STEFANY CRUZ AND MARISOL ORDONEZ VARGAS,

   Plaintiff,

  v.

ORANGE COUNTY (New York); WELLPATH, LLC (Formerly Known As CORRECT CARE SOLUTIONS MEDICAL SERVICES PC and/or NEW YORK CORRECT CARE SOLUTIONS MEDICAL SERVICES, PC); MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; WELLPATH NY LLC; YESCARE CORP., JOSEPH PATRICK HARKINS; TENESHIA WASHINGTON, RN; JILLIAN M BARONE, RN; MANDI LEE ZACCAGNINO, NP; DOMINICK PIACENTE; AND DOE DEFENDANTS 1-4,

   Defendants.

---

Case No. 7:25-cv-00064-PMH

## <u>SUGGESTION OF BANKRUPTCY</u>

PLEASE BE ADVISED that on May 8, 2026 (the "Petition Date"), the below-referenced debtors and debtors in possession (collectively, the "May 8th Debtors")[1] and on May 13, 2026, the below referenced debtors and debtors in possession (collectively, the May 13th Debtors")[2] filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"). The Debtors' chapter 11 cases (the "Chapter 11 Cases") are pending before The Honorable Judge Luis E. Rivera II, United States Bankruptcy Judge. The May 8th

---

[1] The May 8th Debtors' are: (i) CHS FL, LLC; (ii) YesCare Corp.; (iii) CHS TX, Inc.; and (iv) CHS AL, LLC.

[2] The May 13th Debtors are CHS Care TX, LLC (Case No. 26-01146), CHS Care NY, LLC (Case No. 26-01145), and Corizon Health of New Mexico, LLC (Case No. 26-01144).

Debtors' cases are being jointly administered for procedural purposes only under the caption In re: CHS, FL, LLC et al., Case No. 26-01087.

PLEASE BE FURTHER ADVISED that the Debtors are authorized to continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED pursuant to section 362(a) of the Bankruptcy Code, the automatic stay is in effect and has been since the Petition Date. The automatic stay prohibits and stays certain actions against the Debtors, including, subject to certain exceptions, the commencement or continuation of litigation that could have been or was commenced before the Petition Date. Actions taken in violation of the automatic stay, including, without limitation, exercising control of the Debtors' property or pursuing causes of action against the Debtors, without obtaining the necessary relief from the automatic stay from the Bankruptcy Court are void ab initio and may be subject to findings of contempt and the assessment of penalties and fines.

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Chapter 11 Cases may be obtained by reviewing the docket of the Chapter 11 Cases, available electronically at pacer.uscourts.gov (PACER login and password required) or free of charge by contacting Debtors' claims agent (Omni Agent Solutions, by emailing CHSInquiries@OmniAgnt.com or calling 888-892-8749 (for toll-free U.S. calls) or 818-581-2969 (for tolled international calls)), by visiting the website maintained by the Debtors' proposed claims agent (http://omniagentsolutions.com/CHS) or by contacting the proposed bankruptcy counsel for the Debtors: Polsinelli PC, 600 3rd Avenue, 42nd Floor, New York, New York 10016

2

(Attn: Jeremy R. Johnson, Esq) and 4020 Maple Avenue, Suite 300, Dallas, Texas 75219 (Attn:

Trinitee G. Green).

Dated: New York, New York
      May 13, 2026

                    POLSINELLI PC

                    By: */s/ Aaron. P. Davis*
                        AARON P. DAVIS
                        N.Y. Bar No. 5872940
                        600 Third Avenue, 42nd Floor
                        New York, New York 10016
                        (212) 803-9918
                        Fax No. (212) 684-0197
                        adavis@polsinelli.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May 2026, a true and correct copy of the foregoing

SUGGESTION OF BANKRUPTCY was served electronically to all parties who have requested

service by ECF notification from the court in this case. I further certify that I served a copy of the

foregoing by U.S. Mail, postage pre-paid, to 150 N. Riverside Plaza, Suite 3000, Chicago,

Illinois 60606, on or before 5:00 p.m. on May 14, 2026.

                                  */s/ Aaron P. Davis*

3