# ORANGE COUNTY DEPARTMENT OF LAW


**RICHARD B. GOLDEN**

**Carol C. Pierce**

*Deputy County Attorney*

Steven M. Neuhaus
County Executive

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Kelly M. Naughton *Chief Assistant – Local Municipal*
Joseph F. Mahoney
William S. Badura
Marina V. O'Neill
Stephanie T. Midler
Dante D. De Leo
Donna M. Badura
Lia E. Fierro
Lisa M. James
Cedric A. Cooper
Jeanne N. Gilberg

**Family Law Division**

TEL: 845-291-2650
FAX: 845-360-9161*

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
David S. Meffert *Chief Assistant – Juvenile Justice*
Peter R. Schwarz
Stephanie Bazile
Michael Rabiet
Rebecca McGee
Stephen Toole
Linda P. DaSilva
Ferol L. Reed-McDermott
Karen A. Amundson
Lisa M. Morgillo


September 10, 2026

**VIA ELECTRONIC FILING**

Hon. Philip M. Halpern, U.S.D.J.
Southern District of New York
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

***Re:*** ***Ordenez-Vargas v. Orange County et al.*****, Case No. 25-cv-00064 (PMH)**

Dear Judge Halpern:

I am writing on behalf of Defendant Orange County (the "County") in the above-referenced matter in response to the Court's directive (Doc. No. 139) for the parties to provide a status update of Defendant YesCare Corp.'s ("YesCare") bankruptcy proceeding. By way of background, on April 29, 2026, the Court granted YesCare's former attorneys' motions to withdraw from this case and granted YesCare a 30-day stay to retain new counsel. (Doc. No. 137). On May 14, 2026, YesCare filed a suggestion of bankruptcy (Doc. No. 138) but, to date, no new attorney has appeared for YesCare and it is unclear if new counsel has been retained. (The attorney who filed the suggestion of bankruptcy did not enter an appearance).

In an effort to comply with the Court's directive, I have conferred with the County's outside counsel with regard to the status of the YesCare bankruptcy and have been advised that it is a large and complicated case and that it is too early to tell when the stay might be lifted.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ DANTE D. DE LEO*

Dante D. De Leo